# Exhibit 3



Home  |  About Us  |  Contacts  |  Products

# Catholic News Service

News Items
Top Stories
News Briefs
Vatican
Origins
Africa
Headlines
Also Featuring
Movie Reviews
Sunday Scripture
CNS Blog
Links to Clients
Major Events
2008 papal visit
World Youth Day
John Paul II
For Clients
Client Login
CNS Insider
We're also on ...
Facebook
Twitter
RSS Feeds
Top Stories
Vatican
Movie Reviews
CNS Blog

For More Info

If you would like more information about Catholic News Service, please contact CNS at one of the following:
cns@catholicnews.com
or
(202) 541-3250

Copyright

CNS Story:

ABORTION-DISTINCTION Jun-23-2010 (860 words) xxxn

## USCCB committee explains direct abortion, legitimate medical procedure

By Catholic News Service

WASHINGTON (CNS) -- The U.S. bishops' Committee on Doctrine in a June 23 statement discussed the distinction between the church's definitions of a direct abortion and a legitimate medical procedure that could result in an indirect abortion.

The committee's statement, which was provided to all of the bishops, came in response to an evolving debate among ethicists and theologians over the excommunication of Mercy Sister Margaret Mary McBride and her subsequent reassignment at a Phoenix Catholic hospital after news surfaced in May about her role in a decision to let an abortion take place there in late 2009.

A copy of the statement was released to Catholic News Service.

The wide-ranging debate has focused on whether the decision by the ethics committee at St. Joseph's Hospital and Medical Center that an abortion could proceed in the case of a gravely ill pregnant woman was a direct abortion or an indirect abortion that resulted from performing a legitimate medical procedure to save her life.

The woman was 11 weeks pregnant and suffered from pulmonary hypertension, a condition the hospital said carried a near-certain risk of death for the mother if the pregnancy continued.

Bishop Thomas J. Olmsted of Phoenix said May 14 that Sister Margaret, then vice president of mission integration at St. Joseph's, incurred automatic excommunication when she agreed as a member of the hospital's ethics committee that the abortion could take place.

The bishop said that "the direct killing of an unborn child is always immoral, no matter the circumstances, and it cannot be permitted in any institution that claims to be authentically Catholic."

In response, top officials at Catholic Healthcare West, the San Francisco-based health system to which St. Joseph's belongs, said in a May 17 letter to Bishop Olmsted, "If there had been a way to save the pregnancy and still prevent the death of the mother, we would have done it. We are convinced there was not."

Catholic institutions are guided in making such decisions by the

**Ex. 3-1**

Case 1:15-cv-00353-RMB   ECF No. 46-4, PageID.1139   Filed 05/11/15   Page 3 of 7

This material may not be published, broadcast, rewritten or otherwise distributed, except by linking to a page on this site.

"Ethical and Religious Directives for Catholic Health Care Services," and the doctrine committee cited two directives -- No. 45 and No. 47 -- that guide medical decisions regarding direct abortion and legitimate medical procedures that might end the life of an unborn child through an indirect abortion.

The committee's statement quoted directive 45: "Abortion (that is, the directly intended termination of pregnancy before viability or the directly intended destruction of a viable fetus) is never permitted. Every procedure whose sole immediate effect is the termination of pregnancy before viability is an abortion, which, in its moral context, includes the interval between conception and implantation of the embryo."

Therefore, the committee's statement said, "Direct abortion is never morally permissible. One may never directly kill an innocent human being, no matter what the reason."

The committee's statement also quoted directive 47: "Operations, treatments and medications that have as their direct purpose the cure of a proportionately serious pathological condition of a pregnant woman are permitted when they cannot be safely postponed until the unborn child is viable, even if they will result in the death of the unborn child."

In explaining the distinction, the committee offered two examples involving an unborn child not old enough to survive outside the womb.

The first involves a pregnant woman who is experiencing problems with one or more of her organs, apparently because of the added burden of pregnancy. In this case, the doctor recommends an abortion to protect the woman's health.

In the second example, a pregnant woman develops cancer in her uterus. In this case, the doctor recommends surgery to remove the cancerous uterus as the only way to prevent the cancer from spreading. Removing the uterus also will result in the death of the unborn child.

The committee said the first case is an example of a direct abortion. The surgery, the committee explained, does not directly address the health problem of the woman by repairing the organ that is malfunctioning.

"The surgery is likely to improve the functioning of the organ or organs, but only in an indirect way, i.e., by lessening the overall demands placed upon the organ or organs, since the burden posed by the pregnancy will be removed," the committee's statement said. "The abortion is the means by which a reduced strain upon the organ or organs is achieved."

In the second example, the committee explained, "an urgently needed medical procedure indirectly and unintentionally ... results in the death of an unborn child."

The surgery directly addresses the woman's health problem by removing a malfunctioning organ and, the committee's statement continued, "does not directly target the life of the unborn child ... the death of the child is an unintended and unavoidable side effect and

**Ex. 3-2**

not the aim of the surgery."

"There is nothing intrinsically wrong with surgery to remove a malfunctioning organ," the doctrine committee's statement said. "It is morally justified when the continued presence of the organ causes problems for the rest of the body.

"Surgery to terminate the life of an innocent person, however, is intrinsically wrong. There are no situations in which it can be justified," the committee added.

END

Copyright (c) 2010 Catholic News Service/USCCB. All rights reserved.
This material may not be published, broadcast, rewritten or otherwise distributed.
CNS · 3211 Fourth St NE · Washington DC 20017 · 202.541.3250

**Ex. 3-3**



Home | About Us | Contacts | Products

News Items
Top Stories
News Briefs
Vatican
Origins
Africa
Headlines
Also Featuring
Movie Reviews
Sunday Scripture
CNS Blog
Links to Clients
Major Events
2008 papal visit
World Youth Day
John Paul II
For Clients
Client Login
CNS Insider
We're also on ...
Facebook
Twitter
RSS Feeds
Top Stories
Vatican
Movie Reviews
CNS Blog

For More Info

If you would like more information about Catholic News Service, please contact CNS at one of the following:
cns@catholicnews.com
or
(202) 541-3250

Copyright

## About Catholic News Service

**Our Mission**

The mission of Catholic News Service is the mission of the Church itself -- to spread the Gospel through contemporary means of communication.

Our mission is to perform this task by reporting the news which affects Catholics in their everyday lives.

Some of that news is good and some is bad, but it is what readers need to know in order to work for salvation. They need to know that there are saints in the making in the Church today and they need to know that there are sinners too.

Our mission is to report fully, fairly and freely about the involvement of the Church in the world today.

As the Administrative Board of the U.S. Conference of Catholic Bishops said in 1985, ``First, the church is public. We proclaim the Gospel and build up our community openly -- `in the sight of all.'...Communication implies this public quality: to communicate is to share, to overcome isolation and individuality and to become community.''

At CNS, we strive to build this community through the presentation of information.

``There exists within human society a right to information about affairs which affect men individually and collectively and according to the circumstances of each,'' said the Fathers of the Second Vatican Council in its decree ``Inter Mirifica.''

We also agree with the council document when it continues, ``The proper exercise of this right demands that the matter communicated always be true, and as

### Contact CNS

Contact Information:

For a list of phone numbers and email addresses, see the CNS Departments. For general information contact CNS through the following means.

Telephone:
(202) 541-3250

Address:
3211 Fourth Street NE, Washington DC 20017

Electronic mail:
cns@catholicnews.com

**Ex. 3-4**

Case 1:15-cv-00353-RHB   ECF No. 46-4, PageID.1142   Filed 05/11/15   Page 6 of 7

This material may not be published, broadcast, rewritten or otherwise distributed, except by linking to a page on this site.

complete as charity and justice allow."

To pursue this mission, to perform this ministry, CNS collaborates with other Catholic journalists in United States diocesan newspapers and with others around the world.

To look at our mission another way, we must reflect the obligations reflected in our very name.

-- We must be Catholic, reporting on the works of the Church in the modern world.

-- We must cover the news, which ultimately is the Good News of Salvation.

-- We must be of service to the Church by engaging fully in the essential ministry of communication.

### CNS Profile

Catholic News Service, serving since 1920 as a news agency specializing in reporting religion, is the primary source of national and world news that appears in the U.S. Catholic press. It is also a leading source of news for Catholic print and broadcast media throughout the world.

CNS speeds news a minimum of five days a week to client publication which have publishing rights.

Almost every English-language Catholic newspaper in the world uses CNS. The approximately 170 U.S. Catholic newspapers and broadcasters and the more than 70 other news organizations in some 60 countries that rely on CNS touch the lives of more than 8 million throughout the world. Vatican Radio, which broadcasts news around the globe in more than 30 languages, is among the users of the CNS daily news report.

### CNS Personnel

While created in 1920 by the bishops of the United States, CNS is editorially independent and a financially self-sustaining division of the U.S. Conference of Catholic Bishops. CNS is staffed by trained, professional journalists; all eligible nonmanagement staffers are members

**Ex. 3-5**

of The Newspaper Guild/Communications Workers of America.

The CNS Rome bureau, which provides what many regard as the best Vatican coverage available from any news agency, is one of the main reasons for its international appeal.

In addition, the news service's network of correspondents from member newspapers in the United States and Canada provides timely coverage when and where news is breaking, supplementing the work of full-time CNS staff writers. Its contacts with correspondents and other Catholic news agencies in Europe, Asia, Africa, Australia and Latin America keep the CNS focus global.

See <u>CNS Departments</u> for staff and important phone numbers.

**Products and Services**

The CNS Photo/Graphics Service provides timely images from wherever news is happening. Photos are available in digital form or print form.

CNS also produces Origins, a documentary service which provides complete texts of newsmaking documents, and it offers movie reviews from a Catholic perspective through the Movie Guide Monthly. Its biweekly publication, Catholic Trends, provides an overview of church news affecting decision-makers.

**Contact Information:**

For a list of phone numbers and email addresses, see the <u>CNS Departments.</u> For general information contact CNS through the following means.

**Telephone:** (202) 541-3250
**Fax:** (202) 541-3255
**Address:** 3211 Fourth Street NE, Washington DC 20017
**Electronic mail:** cns@catholicnews.com

Questions about this Web site? Send to cns@catholicnews.com.
Copyright © 2014 Catholic News Service/U.S. Conference of Catholic Bishops
CNS • 3211 Fourth St NE • Washington DC 20017 • 202.541.3250

**Ex. 3-6**