# Exhibit 11



1817 — 2009

# The Official Catholic Directory

Anno Domini 2009

Published Annually by
P.J. Kenedy & Sons

States border: ALABAMA · COLORADO · ARIZONA · MAINE · TEXAS · UTAH · ALASKA · IOWA · LOUISIANA · WISCONSIN · TENNESSEE · IDAHO · GEORGIA · DELAWARE · ILLINOIS · KANSAS · NORTH CAROLINA · OREGON · NEBRASKA · KENTUCKY · MASSACHUSETTS · FLORIDA · CONNECTICUT · NEW MEXICO · NEW JERSEY · NEW HAMPSHIRE · CALIFORNIA · MICHIGAN · MINNESOTA · NORTH DAKOTA · PENNSYLVANIA · SOUTH CAROLINA · SOUTH DAKOTA · MARYLAND · ARKANSAS · NEW YORK · NEVADA · WEST VIRGINIA · MISSOURI · MISSISSIPPI · INDIANA · OKLAHOMA · RHODE ISLAND · MONTANA · HAWAII · WASHINGTON · VIRGINIA · VERMONT · WYOMING · OHIO

Latino Cultural Pastoral Center, Mailing Address: 5150 St. Lawrence, 48210. Tel: 248-398-4565.

*Mercy Education Project, 1450 Howard St., 48219. Tel: 313-963-5881; Fax: 313-963-0209. Email: mep@mercyed.net. Web: www.mercyed.net. Sr. Maureen Mulcrone, R.S.M., Dir. Devel. & Mktg.

Missionary Medical Relief Society, 17330 Quincy St., 48221. Tel: 313-342-4066; Fax: 313-342-6816. Email: mmrs@pimeusa.org. Web: www.pimeusa.org. Ms. Barbara J. Rubaie, Dir. An agency of the P.I.M.E. Missionaries.

Pontiac Vision 2000 Schools, Inc., 1234 Washington Blvd., 48226. Tel: 313-237-5803. Mr. Daniel Oliver, Sec. & Treas.

Pope John Paul II Cultural Foundation, Inc. His Eminence Adam Cardinal Maida, J.C.L., J.D., S.T.L., Contact Person (Retired).

Foundation Office, 1234 Washington Blvd., 48226. Tel: 313-237-5816; Fax: 313-237-4642. Web: www.jp2cc.org.

Operations Office, Pope John Paul II Cultural Center, 3900 Harewood Rd., N.E., Washington, DC 20017-1555. Tel: 202-635-5400; Fax: 202-635-5411. His Eminence Adam Cardinal Maida, J.C.L., J.D., S.T.L., Pres.; Most Revs. John J. Myers, D.D., J.C.D., First Vice Pres.; Donald W. Wuerl, S.T.D., Vice Pres.; Bernard J. Harrington, D.D., Sec.; Mr. Daniel Oliver, Treas.; Rev. Steven C. Boguslawski, O.P., M.A., M.Div., S.T.M., S.T.L., Ph.D., Acting Exec. Dir.; Dr. Hugh Dempsey, K.M.O.B., Deputy Dir. & Dir. Devel.; Mr. Edward J. Cawley Jr., Dir. of Finance & Admin.

Siena Literacy Center, 16161 Winston St., 48219. Tel: 313-532-8404; Fax: 313-532-8409. Email: info@sienaliteracy.org. Web: www.sienaliteracy.org. Sr. Mary Hemmen, O.P., Dir.

Solanus Casey Center, 1780 Mt. Elliott, 48207-3596. Tel: 313-579-2100, Ext. 146. Email: djfox@thecapuchins.org. Web: www.solanuscaseycenter.org. Very Rev. Daniel J. Fox, O.F.M.Cap., Dir.

BLOOMFIELD HILLS. Detroit Catholic Charismatic Renewal Center, 1390 Quarton Rd., 48304. Tel: 248-593-4888; Fax: 248-593-4889. Email: dccrcenter@aol.com. Web: www.bobandmaryann.com. Rev. John C. Esper, Liaison; Arlene Apone, Assoc. Liaison.

Logos, Inc. (Michigan), 2460 Opdyke Rd., 48304. Tel: 248-644-2954; Fax: 248-642-4668. Revs. Lorenzo Gomez, L.C., Rector; Daniel Pajerski, L.C.; Bro. Gerardo Gonzalez, L.C., Vice Rector.

Mercy Homecare - Oakland, 281 Enterprise Dr., Ste. 200, 48302. Tel: 248-858-8735; Fax: 248-858-8323. Web: www.trinity-health.org. Ms. Mary Ann Rayrat, Exec. Dir.

*Mercy Hospice, 281 Enterprise Ct., Ste. 200, 48302. Tel: 800-832-1155. 27870 Cabot Dr., Novi, 48377-2920. Tel: 248-452-5300; Fax: 248-334-7064. Ms. Agnes Haggerty, Assoc. Gen. Counsel, Trinity Health; Ms. Mary Ann Rayrat, Exec. Dir.

Opdyke, Inc., 2460 Opdyke Rd., 48304. Tel: 248-644-2954; Fax: 248-642-4668. Rev. Jose Felix Ortega, L.C., Contact.

Voluntas Dei Institute, 2104 Eagle Pointe, 48304. Tel: 248-499-9576; Fax: 248-644-1758. Web: www.voluntasdeiusa.org. Rev. George F. Hazler, District Dir.

WCVA, Inc. - Michigan Catholic Radio, 38710 Woodward Ave., Ste. 220, 48304-2964. Tel: 248-642-6226; Fax: 248-642-6027. Web: www.catholicradio.org. Mr. John F.X. Browne, Pres.

CLARKSTON. Clarkston Pastoral Center, Inc., 5935 Clarkson Rd., 48348. Tel: 248-241-9043; Fax: 248-922-2084. Revs. Lorenzo Gomez, L.C.; Jose Antonio Rivas, L.C., Everest Academy Chap.; Daniel Pajerski, L.C., Everest Academy Boys School Dir.

DEARBORN. Leo XIII Society, 1840 N. Melborn, 48128. Tel: 313-359-1499; Fax: 313-359-1767. P.O. Box 666, Elmore, OH 43416. Ernie Scarano, Pres.

EASTPOINTE. Servants of Jesus of The Divine Mercy, 16103 Chesterfield, 48021-1106. Tel: 586-777-8591; Fax: 586-777-7989. Email: sdivine2013@wowway.com. Web: www.sjdivinemercy.org. Ms. Catherine M. Lanni, Spiritual Moderator/Pres.

FARMINGTON HILLS. Dominican Consultation Center, 31487 Northwestern Hwy., Ste. A, 48334-2526. Tel: 248-855-1695.

St. Clair Shores Office, 22811 Greater Mack, Ste. L-9, St. Clair Shores, 48080. Tel: 586-775-5620. Sr. Diane Burgermeister, O.P.

Mercy Services for Aging, Non-profit Housing Corporation Wholly owned subsidiary of Trinity Continuing Care Services, 39500 Orchard Hill Pl., Ste. 400, Novi, 48375. Tel: 248-305-7600; Fax: 248-305-7933. Email: harrisj@trinity-health.org. Web: www.trinityccs.org. Jaclyn Harris, Pres. & CEO.

Trinity Health International, 34605 Twelve Mile Rd., 48331. Tel: 248-489-6100; Fax: 248-489-6102.

Mr. Joseph Swedish, Bd. Chm.; Ms. Patricia Williams, Vice Pres.

GROSSE POINTE. John Paul II Foundation of Michigan, Inc., 1 Elmsleigh Ln., 48230. Tel: 313-882-2140; Fax: 313-882-1292. Conducts religious, cultural, educational, humanitarian and fund raising activities in Michigan in liaison with the John Paul Foundation in Rome. Regular, supporting and life memberships.

LIVONIA. *Angela Hospice Home Care, Inc., 14100 Newburgh Rd., 48154-5010. Tel: 734-464-7810; Fax: 734-779-4601. Email: ahospice@aol.com. Web: www.angelahospice.com. Bed Capacity 16; Total Assisted Annually (with home care) 1,500; Total Staff 135.

Felician Sisters of Livonia Foundation, 36800 Schoolcraft, 48150. Tel: 734-591-1730; Fax: 734-591-1710. Email: cssf@felicianslivonia.org. Web: www.felicianslivonia.org. Sr. Mary Renetta Rumpz, C.S.S.F., Pres.

Marian Village Corporation, 36800 Schoolcraft, 48150. Tel: 734-591-1730; Fax: 734-591-1710. Email: cssf@felicianslivonia.org. Web: www.feliciansisters.org. Sr. Mary Renetta Rumpz, C.S.S.F., Pres. & CEO.

MARYSVILLE. National Alliance of Parishes Restructuring into Communities (NAPRC), 1000 Michigan Ave., 48040. Tel: 810-364-3228. Email: naprcoffice@ameritech.net. Rev. Arthur R. Baranowski, Dir.

MONROE. SSIHM Charitable Trust (Retired and Infirm Sisters), 610 W. Elm Ave., 48162-7909. Tel: 734-240-9700; Fax: 734-240-9784. Sr. Helen Ingles, I.H.M., Trustee.

NOVI. Trinity Continuing Care Services, 39500 Orchard Hills Place Dr., Ste. 400, 48375. Tel: 248-305-7600; Fax: 248-305-7933. Email: harrisj@trinity-health.org. Web: www.trinityccs.org. Ms. Jaclyn Harris, Pres. & CEO.

Trinity Continuing Care Services - Indiana, Inc., 39500 Orchard Hill Place Dr., Ste. 400, 48375. Tel: 248-305-7600; Fax: 248-305-7933. Email: harrisj@trinity-health.org. Web: www.trinityccs.org. Ms. Jaclyn Harris, Pres. & CEO.

Trinity Health Corporation, 27870 Cabot Dr., 48377-2920. Tel: 248-489-6000; Fax: 248-489-6775. Email: HaleD@Trinity-Health.org. Web: www.trinity-health.org. Mr. Joseph Swedish, Pres. & CEO.

Trinity Health-Michigan, 27870 Cabot Dr., 48377-2920. Tel: 248-489-6000; Fax: 248-489-6775. Web: www.trinity-health.org. Mr. Joseph Swedish, Pres. Organization owns & operates 7 hospital divisions in Michigan. In addition to acute care facilities, Trinity Health - Michigan operates other related health care programs and facilities. Trinity Health - Michigan is part of Trinity Health, a multi-state health care organization.

*Trinity Home Health Services, Inc., 39500 Orchard Hills Pl., Ste. 400, 48375. Tel: 248-305-7920; Fax: 248-305-7632. Email: kingslel@trinity-health.org. Web: www.trinityhomehealth.com. Ms. Grace C. McCauley, CEO.

ORCHARD LAKE. American Friends of the Vatican Library, 3535 Indian Tr., 48324. Tel: 248-683-0311; Fax: 248-588-8767. Rev. Msgr. Charles G. Kosanke, Pres.

PLYMOUTH. Widowed Friends, Archdiocese of Detroit, 305 Michigan Ave., 48226. Tel: 313-237-5892; 586-247-2619; Fax: 313-237-5866. Web: www.widowedfriends.org.

PONTIAC. Mt. Hope Catholic Cemetery Association, 46408 Woodward Ave., 48342. Tel: 248-332-1079. Rev. Sean Sylvester; Chris Elkins, Dir.

PORT HURON. Port Huron Mercy Family Care, 2601 Electric Ave., P.O. Box 610669, 48061-0669. Tel: 810-985-1868. Ms. Nancy Mason, Dir. (a unit of Trinity Health)

ROMEO. *BVM Foundation, 11070 W. Gates, 48065. Tel: 586-752-6744; Fax: 248-950-3329. Email: info@bvmfoundation.com. Mr. Brian Palmer, Pres.

SHELBY TWP. Holy Trinity Apostolate, 53565 Sherwood Ln., 48316. Tel: 586-781-6051; Fax: 568-781-6051. Barbara Middleton, Pres.

ST. CLAIR SHORES. Catholic Kolping Society of America, Detroit Branch, Inc., 24409 Jefferson, 48080. Tel: 586-775-9159. Mrs. Rosalinda Seubert, Pres.; Ms. Thekla Abels, Contact Person. Tel: 313-885-1189; Very Rev. Daniel J. Fox, O.F.M.Cap.

*Celebrate Life Ministries, P.O. Box 537, Roseville, 48066. Tel: 586-778-4446. Sr. Loretta Mellon, O.P., Exec. Dir.

WARREN. St. John Health System Holding Company sponsored by Sisters of St. Joseph, the Daughters of Charity of St. Vincent de Paul and Sisters of St. Joseph of Carondelet which operates: St. John Hospital & Medical Center; Medical Resources Group; Affiliated Health Services; St. John Senior Community; Eastwood Community Clinics; St.

ARCHDIOCESE OF LOS ANGELES

Ex. 11-2

Case 1:15-cv-00353-RHB   ECF No. 46-12,   PageID.1234   Filed 05/11/15   Page 4 of 4

...Tel: 616-994-9863; Fax: 616-
...94. Web: www.corpuschristischool.us. Judi
...Jeri Walsh Allis, Librarian. Lay
Prin.; ... Students 168.

**...SAN ELEMENTARY SCHOOLS**
*...All Saints Academy*, (Grades
... K-5 Campus: 2233 Diamond Ave.,
... 616-364-9453; Fax 616-361-
...; 1120 Four Mile N.E., 49525.
...-7725; Fax: 616-363-3086. Christine

**...ADE SCHOOLS, PRIVATE**
*...gon Catholic Central Elementary
...ool*, (PreSchool-4) 2947 McCracken
Tel: 231-755-1045; Fax: 231-759-7009.
...cs.org. Penny Johnson, Prin. Lay
...Students 191.

**...ENERAL HOSPITALS**
*Saint Mary's Health Care*, 200
...E., 49503. Tel: 616-752-6090; Fax:
... Web: www.smmmc.org. Philip
...as & CEO; Rev. Ayub Nasar, Chap.;
...gman, R.S.M., Vice Pres. Mission
... by Catholic Health Ministries.
... 336; Patients Assisted Annually
Staff 2,828.
*... General Health Partners* Web:
... Sponsored by Trinity Health.
...us, 1500 E. Sherman Blvd., P.O. Box
... 616-672-3052; Fax: 231-733-0957.
...00 Oak Ave., 49242, Web: www.mgh
... Spoelman, Pres. & CEO. Sisters 1;
...282; Total Staff 1,960; Patients
...lly 11,291.

**...MES FOR THE AGED**
*...Ann's Home* (1951) 2161 Leonard
... Tel: 616-453-7715; Fax: 616-453-
...sterg@stannshome.com. Carmelite
...Divine Heart of Jesus. Priests 9;
...ents 150; Total Assisted 150; Total

**...S AND RESIDENCES FOR ...SISTERS**
*...inican Center at Marywood*, 2025
...503-3895. Tel: 616-454-1241; Fax:
...eb: www.dominicancenter.com. Sr.
..., Interim Prog. Dir.
...Center, 111 Lakeside Dr., N.E.,
516-649-0272; Fax: 616-454-6105.
...apacity: 50.
*... Dominican Sisters*, Marywood,
..., 49503-3895. Tel: 616-459-2910;
... Web: www.grdominicans.org. ...
... Meyer, O.P., Prioress; Janet ..., Pastoral Life; Maureen Geary,

*...nic of the Congregation of Our
Heart (The Religious Institute)
...der of St. Dominic of Grand
...an (The Corporation)*.,
...Novitiate for the Sisters of the
...nic of the Congregation of Our
Heart, Sisters 267.

*...lite Nuns, Monastery of Our
...(1916)* (Parnell), 4300 Mount
...49301-9784. Tel: 616-691-7625;
... Sr. Elizabeth Ann, O.C.D.,
...Carmelite Nuns 13; Extern

*...of the Consolata Missionary
...Belmont Rd., P.O. Box 371,*

49306. Tel: 616-361-2072; Fax: 616-361-2049.
Email: reusamc@wtsemail.com. Web: www.consolatasisters.org. Sr. Zelia Cordeiro, M.C., Supr. Consolata Sisters 10.

LOWELL. *Franciscan Sisters of the Eucharist*, 11600 Downes St., 49331-9489. Tel: 616-897-5088; Fax: 616-897-5590; Sr. Rita Brunner, F.S.E., Supr. Sisters 15.

**[J] RETREAT HOUSES**
SPRING LAKE. *St. Lazare Retreat House*, 18600 W. Spring Lake Rd., 49456. Tel: 616-842-3370; Fax: 616-842-6815. Email: secretaryst@triton.net. Web: www.stlazareretreat.org. Revs. Michael J. Shea, C.M.; Thomas M. Finley, C.M.

**[K] NEWMAN CENTERS**
ALLENDALE. *St. Luke University Parish and Catholic Campus Ministry* Cook-Dewitt Center, GVSU, Rm. 120, 49401-9403. Tel: 616-331-3131. Email: frbrad@gvsucatholic.org. Revs. Bradford C. Schoeberle, C.S.P., Campus Min.; Donald A. Andrie, C.S.P., Campus Min.

BIG RAPIDS
St. Paul Campus Parish listed under Parishes Outside the City of Grand Rapids.

**[L] MISCELLANEOUS LISTINGS**
GRAND RAPIDS. *Basilica of St. Adalbert Education Foundation* (1985) 701 4th St., N.W., 49504. Tel: 616-458-3065; Fax: 616-458-0563. Email: tjdeyoung@basilicagr.org. Web: basilicagr.org.
*Bishops' Housing Corporation*, Cathedral Square Center, 360 Division Ave., S., 49503-4539. Tel: 616-475-1247; Fax: 616-551-5635.
*Cathedral Square, Inc.*, Cathedral Square Center, 360 Division Ave., S., 49503-4539. Tel: 616-475-1247; Fax: 616-551-5635.
*Catholic Charities West Michigan*, Cathedral Square Center, 360 Division Ave., S., 49503-4539. Tel: 616-551-4747; Fax: 616-243-1442. Web: www.ccwestmi.org. Deborah McCormack, Pres. & CEO.
*The Catholic Foundation of West Michigan*, 360 Division Ave., S., 49503. Tel: 616-243-0491; Fax: 616-243-4910. T. Edward Carey Jr.
*Catholic Information Center*, Cathedral Square Center, 360 Division Ave., S., Ste. 2A, 49503-4539. Tel: 616-459-7267; Fax: 616-459-4645. Rev. Mark-David Janus, C.S.P., Dir.
*Christopher House*, Cathedral Square Center, 360 Division Ave., S., 49503-4539. Tel: 616-475-1247; Fax: 616-551-5635.
*The Foundation for Catholic Secondary Education of Greater Grand Rapids, Inc.*, Cathedral Square Center, 360 Division Ave., S., 49503-4539. Tel: 616-233-5977; Fax: 616-514-6055. Email: chadwieber@grcss.org.
*Marywood Academy*, 2025 E. Fulton St., 49503-3895. Tel: 616-454-2910; Fax: 616-454-6105.
*Ministry Ventures*, 2025 E. Fulton St., 49503-3895. Tel: 616-643-0133; Fax: 616-454-6105. Email: mgeary@grdominicans.org. Sr. Maureen Geary, O.P., Treas.; Jack Peltier, Dir. Finance.
*SS. Peter and Paul Parish Education Endowment Fund*, 520 Myrtle St., N.W., 49504. Tel: 616-454-6000; Fax: 616-454-4532.
*Sisters of St. Dominic Charitable Trust*, 2025 E. Fulton St., 49503-3895. Tel: 616-459-2910; Fax: 616-454-6105. Sr. Nathalie Meyer, O.P.
*Sisters of St. Dominic of the Congregation of Our Lady of the Sacred Heart Charitable Trust (The Trust)*.
*The Society of the Redemptorists of the City of Grand Rapids*, 224 Carrier St., N.E., 49505. Tel: 616-451-3043; Fax: 616-458-5667. Email:

stalphonsusgr@catholicweb.com
stalphonsusgr.com. Revs. Denis J. Ryan, C.Ss.R.;
Andrew J. Thompson, C.Ss.R.; Rudy Papes,
C.Ss.R.; Robert Balser, C.Ss.R.; Edward P. Vella,
C.Ss.R.; Bernard Carlin, C.Ss.R.; Bro. Andrew
Patin, C.Ss.R. Represented in the Diocese.
*Steepletown Neighborhood Services, Inc.* (1994) 671 ...
Davis, N.W., Steepletown Center, 49504. Tel: 616-
451-4215; Fax: 616-451-0557. Email: dick@
steepletowncenter.org. Neighborhood Center for
Social Service and Assistance.
*The Society For The Propagation Of The Faith* ...
Cathedral Square Center, 360 Division Ave., S.
49503-4539. Tel: 616-475-1250; Fax: 616-551-562 ...
Most Rev. Walter Allison Hurley.
BELMONT. *Grand Rapids Catholic Committee* ...
Scouting, 6550 Belmont Ave., 49306. Tel: 616-78 ...
9088; 616-364-9093. Email: scottharvey ...
prodigy.net. Web: www.grcscouting.org. Sc...
Harvey, Treas.
LOWELL. *Franciscan Life Process Center* (1999) 116 ...
Downes St., 49331-9489. Tel: 616-897-7842; F...
616-897-7054. Email: scanag@
lifeprocesscenter.org. Sr. Colleen Ann Nag...
F.S.E., Dir.
PORTLAND. *The Father Flohe Foundation*, 140 Chu...
St., 48875. Tel: 517-647-6505; Fax: 517-647-780 ...
VESTABURG. *Emmaus Monastery*, 10154 N. Pine Gr ...
Rd., 48891. Tel: 989-268-5494. Em ...
emmaus.monastery@gmail.com. W...
www.emmausmonastery.org. Sr. Diane Stier, B...
Prioress.
WYOMING. *Catholic Cemeteries Extended Care F...*
4100 Clyde Park, S.W., 49509-0063. Tel: 616-...
9320; Fax: 616-531-9780. Mr. Robert Menzel, ...
& Mgr.

**RELIGIOUS INSTITUTES OF MEN REPRESEN ...
IN THE DIOCESE**
For further details refer to the correspon ...
bracketed number in the Religious Institute ...
Men or Women section.
[1330]—*Congregation of the Mission* (Eastern Pro ...—C.M.
[1330]—*Congregation of the Mission*—C.M.
[0485]—*Missionaries of St. Francis De Sa ...—M.S.F.S.
[1030]—*Paulist Fathers*—C.S.P.
[1070]—*Redemptorist Fathers* (Denver Prov.)—C ...
[0990]—*Society of the Catholic Apostolate*—S.A.C.

**RELIGIOUS INSTITUTES OF WO ...
REPRESENTED IN THE DIOCESE**
[0360]—*Carmelite Sisters of the Divine Heart of ...
Carmel*—D.C.J.
[3832]—*Congregation of the Sisters of St. Jo ...—C.S.J.
[0720]—*Consolata Missionary Sisters*—M.C.
[0420]—*Discalced Carmelite Nuns*—O.C.D.
[1070-14]—*Dominican Sisters*—O.P.
[2575]—*Institute of the Sisters of Mercy ...
Americas*—R.S.M.
[2970]—*School Sisters of Notre Dame*—S.S.N.D
[3560]—*Servants of Jesus*—S.J.
[]—*Sisters for Christian Community*—S.F.C.C.
[2990]—*Sisters of Notre Dame*—S.N.D.
[]—*Sisters of St. Paul De Chartres*—S.D.C.
[2150]—*Sisters of the Immaculate Heart of ...
I.H.M.
[3260]—*Sisters of the Precious Blood*—C.PP.S.
[1250]—*The Institute for the Franciscan Siste ...
Eucharist*—F.S.E.

**NECROLOGY**
† Hart, Robert A., North Muskegon, MI ...
Peace—Died Sept. 25, 2008
† Kowalski, James C., (Retired)—Died Feb. ...

...) denotes an organization that has established tax-exempt status directly with the IRS and ...
...e USCCB Group Ruling.

Ex. 11-3