# Exhibit 15

Indiana Secretary of State
Packet: 197811-279
Filing Date: 12/28/2009
Effective Date: 12/28/2009

APPROVED AND FILED
[signature]
INDIANA SECRETARY OF STATE

RECEIVED
IND SECRETARY OF STATE
NOV 2 8 2009
[signature]

# RESTATED AND AMENDED ARTICLES OF INCORPORATION
## OF
## TRINITY HEALTH CORPORATION

### An Indiana Nonprofit Corporation

These Restated and Amended Articles of Incorporation (the "Articles of Incorporation") of Trinity Health Corporation (the "Corporation") are executed pursuant to the provisions of the Indiana Nonprofit Corporation Act of 1991 (hereinafter referred to as the "Act"), by the Corporation's Board of Directors.

### Article I

### Name

The name of the Corporation is Trinity Health Corporation.

### Article II

### Purposes

This Corporation is a public benefit corporation.

The purposes for which the Corporation is organized are:

A. To further any and all charitable, scientific, religious and educational purposes within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986, as amended from time to time, or comparable provisions of subsequent legislation (the "Code") and to carry out the apostolate of Catholic Health Ministries on behalf of and as an integral part of the Roman Catholic Church in the United States;

B. To engage in the delivery of and to carry on, sponsor or participate, directly or through one or more affiliates, in any activities related to the delivery of health care and health care related services of every kind, nature and description which, in the opinion of the Directors of the Corporation, are appropriate in carrying out the health care mission of Catholic Health Ministries. The Corporation shall take all such actions including, but not limited to, support and assistance of affiliates, as may be necessary or desirable to accomplish the foregoing purpose within the restrictions and limitations of these Articles of Incorporation, the Bylaws of the Corporation or applicable law, including, without limitation, promoting and carrying on scientific research and educational activities related to the care of the sick and promotion of health, and establishing, maintaining, owning, managing, operating, transferring, conveying, supporting, assisting and acquiring institutions, facilities and programs in

**Ex. 15-1**

Packet: 197811-279
Filing Date: 12/28/2009
Effective Date: 12/28/2009

several states, directly or through one or more affiliates, including, but not limited to, hospitals and clinics, which shall provide diagnosis and treatment to inpatients and outpatients and shall provide such support services as, but not limited to, extended care, shared services, pastoral care, home care, long-term care, operation of senior residences, care of the elderly and the handicapped, care of the economically needy, child care, social services, mental health and substance abuse services;

C. To coordinate and oversee the activities of subsidiaries and affiliates; and to allocate the assets, liabilities and resources of the Corporation and its subsidiaries and affiliates within the health system;

D. To acquire, purchase, own, loan and borrow, erect, maintain, hold, use, control, manage, invest, exchange, convey, transfer, sell, mortgage, lease and rent all real and personal property of every kind and nature, which may be necessary or incidental to the accomplishment of any and all of the above purposes;

E. To accept, receive and hold, in trust or otherwise, all contributions, legacies, bequests, gifts and benefactions which may be left, made or given to the Corporation, or its predecessor or constituent corporations, by any person, persons or organizations;

F. To take all such actions as may be necessary or desirable to accomplish the foregoing purposes within the restrictions and limitations of these Articles of Incorporation, the Bylaws of the Corporation and applicable law, provided that no substantial part of the activities of the Corporation shall be to carry out propaganda, or to otherwise attempt to influence legislation; and the Corporation shall not participate or intervene in any political campaign on behalf of or in opposition of any candidate for public office (by the publishing or distribution of statements or otherwise), in violation of any provisions applicable to corporations exempt from taxation under Section 501(c)(3) of the Code and the regulations promulgated thereunder as they now exist or as they may be amended;

G. No part of the net earnings of the Corporation shall inure to the benefit of, or be distributable to, its Directors, Officers or other private individuals, except the Corporation shall be authorized and empowered to pay reasonable compensation for services rendered to or for the Corporation and to make payments and distributions in furtherance of the purposes set forth herein.

H. Notwithstanding any other provisions of these Articles of Incorporation, the Corporation shall not carry on any activity not permitted to be carried on by:

2

**Ex. 15-2**

Indiana Secretary of State
Packet: 197811-279
Filing Date: 12/28/2009
Effective Date: 12/28/2009

  (i) a corporation exempt from federal income tax under Section 501(c)(3) of the Code;

  (ii) a corporation, contributions to which are deductible under Section 170(c)(2) of the Code; or

  (iii) a corporation described in Section 509(a)(3) of the Code (or, if the Corporation is so classified, Section 509(a)(1) of the Code).

I. The Corporation is organized and, in carrying out the purposes stated in Paragraphs A. through G. above, the Corporation at all times shall be operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of the Corporation and its Controlled Affiliates. For this purpose, the "Controlled Affiliates" are hospitals and health care delivery organizations which are both (a) closely related to the Corporation, in purpose or function through common control, ownership, lease or management, and (b) classified as a publicly supported organization as described in Section 509(a)(1) or 509(a)(2) of the Code.

### Article III

### Catholic Identity

The activities of the Corporation shall be carried out in a manner consistent with "The Founding Principles of Catholic Health Ministries and Trinity Health" or a successor document which sets forth the principles describing how the Apostolic and Charitable Works of Catholic Health Ministries are to be carried out; the teachings of the Roman Catholic Church; other directives promulgated from time to time by Catholic Health Ministries and the values and principles inherent in the medical-moral teachings of the Church (such as the Ethical and Religious Directives for Catholic Health Care Services) as promulgated from time to time by the United States Conference of Catholic Bishops (or any successor organization) and as interpreted by the local Ordinary, and as amended from time to time.

### Article IV

### Organization

This Corporation will not have members. The Corporation is organized on a nonstock basis as a corporation governed by a Board of Directors.

3

**Ex. 15-3**

Case 1:15-cv-00353-RHB   ECF No. 46-16,  PageID.1278   Filed 05/11/15   Page 5 of 8



# Trinity Health
# Standards OF CONDUCT

ORGANIZATIONAL INTEGRITY PROGRAM • SUPPORTING RIGHT RELATIONSHIPS



**TRINITY HEALTH**
Livonia, Michigan

*But as for me,*
*I will walk in my integrity.*
PSALM 26:11

Ex. 15-4

# Table of Contents

Introduction .................................................... 2
° Why the Standards of Conduct are Important ................................ 2
° Our Responsibilities ............................................. 2
° Responsibilities of Leaders ................. ....................... 2

Standards of Conduct: Supporting Right Relationships ............... 4
° My Relationships With Patients, Their Families and Others We Serve ............ 4
° My Relationships With My Coworkers and Others Who Serve With Me ........... 6
° My Relationships With Vendors, Other Business Partners, and Competitors ........... 8
° My Relationships With the Government and Other Payers ..................... 10
° My Relationships With Trinity Health and the Communities We Serve ............... 14

Where to Find Help ............................................. 16
° Resources ................................................... 16
° Non-Retaliation Policy ........................................... 17

---

### Mission
We serve together in Trinity Health,
in the spirit of the Gospel,
to heal body, mind and spirit,
to improve the health of our communities
and to steward the resources entrusted to us.

### Core Values
- Respect
- Social Justice
- Compassion
- Care of the Poor and Underserved
- Excellence

### Guiding Behaviors
- We support each other in serving our patients and communities
- We communicate openly, honestly, respectfully and directly
- We are fully present
- We are all accountable
- We trust and assume goodness in intentions
- We are continuous learners

## A MESSAGE 
*From Our Leadership*

Trinity Health was established on a foundation of faith-based principles: Respect, Social Justice, Compassion, Care of the Poor and Underserved, and Excellence. These principles and the Mission serve as a compass to guide our ongoing health care ministry.

We understand that working in the health care industry is extremely challenging, and sometimes the right course of action can be unclear. The Standards of Conduct are intended to help you respond to common questions and issues you may encounter in your daily work. The Standards are designed to help support "Right Relationships" – relationships with patients and others in our care, relationships with our coworkers and business partners, relationships with the government and others who pay for the health care services we provide, and relationships with our organization and communities.

The Standards describe the behaviors and conduct expected of all Trinity Health associates, volunteers, medical staff and board members. To further apply the Standards to common situations encountered in the workplace, we have included actual questions posed by associates, physicians and others, along with answers.

Please review and become familiar with the Standards of Conduct, particularly those areas that apply to your everyday work activities. When faced with a difficult decision or uncertainty, you should ask questions and seek advice from your supervisor or other appropriate resource. Most important, you're responsible for speaking up about behaviors or actions that may be inconsistent with the Standards of Conduct. If you have a question or concern that is not specifically addressed by the Standards, please consult one of the many resources listed herein for assistance.

Our health care ministry began more than 150 years ago through the work of our founding religious congregations– the Sisters of Mercy of the Americas, Regional Community of Detroit and the Congregation of the Sisters of the Holy Cross. Our sponsor today, Catholic Health Ministries, calls us to continue the ministry based on our Mission, Core Values and Guiding Behaviors. Acting with integrity and making decisions based on the highest standards of ethical behavior are critical to maintaining the long-established and well-deserved reputation we've achieved in our communitities and within the health care industry.

Thank you for joining us in our shared commitment to be leaders in the delivery of high-quality, safe and effective health care services in our communities, and in transforming the delivery of health care in the United States.

*Michael R. Holper*
Michael R. Holper
Senior Vice President,
Organizational Integrity and Audit Services,
System Integrity Officer
Trinity Health

## *Ethical and Religious Directives for Catholic Health Care Services:*

Authored by the United States Conference of Catholic Bishops, these directives provide ethical standards and authoritative guidance for the delivery of health care services in institutional settings sponsored by the Catholic Church. Consult your organization's mission leader if you have questions or need further assistance.

- Clearly explain the outcome of any treatment or procedure to patients, family members and representatives as appropriate, especially when outcomes differ significantly from expected results. Refer to Trinity Health's protocol for Responding Justly to Adverse Outcomes.

- Address ethical conflicts that may arise in patient care, including end-of-life issues. Follow the Ethical and Religious Directives for Catholic Health Care Services and utilize Trinity Health's ethics committees or similar decision-making structure.

### FREQUENTLY ASKED QUESTIONS

*Q:* If I see that a patient is not being treated with proper respect and courtesy by another care provider, what should I do?

*A:* First, ensure that the patient is not in harm's way. Then, talk with your supervisor. If your supervisor does not provide a satisfactory response, contact your customer service representative, quality or risk manager, or use one of the resources listed on page 16.

*Q:* I recently had a patient tell me that he does not want to receive any more treatment and just wants to be made comfortable and allowed to die. The patient does not think the physician is listening to him. What do I say to the patient?

*A:* Part of patient-centered care is listening to what the patient wants – even if the patient's decision conflicts with your personal values. You should inform the patient's care team of the patient's request and work with the patient's family to meet his needs and wishes. It is important that the patient be presented with appropriate options to ensure the decision is an informed one.

*Q:* I work in a hospital and have access to the patient registration system. Recently a friend of mine was seen in the emergency room and admitted to the hospital. Can I log into the system and see how she is doing, or at least locate her room number?

*A:* Since you are not involved in your friend's care, you should not access her medical information or location. You may only access this type of information if you need it to do your job. Note that Trinity Health has monitoring systems in place to determine when associates have used their system access privileges inappropriately. Discipline for inappropriate use of system access privileges includes termination.