# Exhibit 16

🏠 Home

About Us | Site Map | Maps & Directions

# TRINITY ✪ HEALTH
Livonia, Michigan

Advanced Search

🖨 PRINT   ✉ E-MAIL THIS PAGE   [T][T][T] TEXT SIZE

| **Programs & Services** | **Hospitals & Facilities** | **Community Benefit** | **Careers** | **Find a Physician** | **Newsroom** |

Health Services
Advocacy
Integrity & Compliance
Excellence in Care Experience
Genesis
Mercy Cancer Network
Quality Report Cards
Supply Chain Management
Best Practice Sharing
Nursing Focus
Patient Safety Research

Working At Trinity Health
Benefits
Career Opportunities
Fellowship Program (non-Physician)
Physician Opportunities
Physician Residency Programs
Diversity & Inclusion

Health Services
Hospitals & Facilities
Maps & Directions

News Releases
RSS News Feed
News Coverage
Hospital News
Public Policy
Download Library
Bios
Media Contacts

Home » Hospitals & Facilities » Hospitals › Michigan

## Hospitals & Facilities

Hospitals
California
Idaho/Oregon
Illinois
Indiana
Iowa
Maryland
Michigan
Ohio
Health Plan
Home Care/Hospice Care
Long Term Care
Trinity Health International

## Michigan

### Mercy Health

Mercy Health is a partnership of hospitals, doctors and other health care providers throughout West Michigan. By working together, we're able to strengthen the care in your community, while giving you access to more experts and a wider range of advanced services. Plus, all of our members share a special focus on understanding your needs and helping you play an active role in your care.



#### Mercy Health Muskegon
**Muskegon, Michigan**

Located near the shores of Lake Michigan, Mercy Health Muskegon is a regional referral hospital system for the West Michigan lakeshore area, serving Muskegon, Ottawa, Oceana, and Newaygo County residents.

Mercy Health Muskegon is the result of Hackley Health System and Mercy General Health Partners joining forces to better serve West Michigan's lakeshore communities. Mercy Health Partners was formed on April 2, 2008. In 2011, Mercy Health was formed when Mercy Health Partners in Muskegon and Saint Mary's Health Care in Grand Rapids entered into a partnership with other Michigan health care providers to bring greater access to services and personalized care to the region. Mercy Health is a multi-campus health care system dedicated to providing highly personalized care, excellent access to primary care providers and specialists and a more informed patient experience. Mercy Health serves West Michigan and the lakeshore with five hospital campuses, 58 physician offices, more than 1,300 medical staff physicians, more than 800 hospital beds and 7,200 associates. Mercy Health Physician Partners, a multi-specialty physician network, employs a total of 491 providers: 275 Physicians and Advanced Practice Professionals in Grand Rapids and 216 Physicians and Advanced Practice Professionals in Muskegon and the lakeshore. The system includes leading teaching hospitals, and renowned clinical leadership in oncology, cardiology, orthopedics, and neurology. Mercy Health Saint Mary's is a Magnet®-recognized hospital.

Mercy Health Muskegon is the largest employer in Muskegon County with over 3,700 associates and the largest health system along the lakeshore. Mercy Health Muskegon is a teaching hospital with more than 20,000 inpatient discharges, 2,200 births and 145,000 emergency/urgent care visits annually. The system has four hospitals, 375 physicians and offers a number of exclusive specialty physician care services for the region.

#### Mercy Health Saint Mary's
**Grand Rapids, Michigan** (founded 1893)

Since 1893, when its first 15-bed hospital opened in Grand Rapids, Mercy Health Saint Mary's has been working to improve the health of the community. Today, Mercy Health Saint Mary's is a Magnet®-recognized hospital located in downtown Grand Rapids encompassing more than 2,500 employees as well as housing Mercy Health Lacks Cancer Center, Mercy Health Hauenstein Neuroscience Center and Mercy Health Wege Institute for Mind, Body and Spirit. Mercy Health Southwest Campus in Byron Center Michigan is a LEED certified facility that opened in 2007 that includes all primary care, specialists and support services conveniently placed on two easy-to-navigate levels, including a 24/7 Emergency Department. In 2011, Mercy Health was formed when Mercy Health Partners in Muskegon and Saint Mary's Health Care in Grand Rapids entered into a partnership with other Michigan health care providers to bring greater access to services and personalized care to the region.

Mercy Health is a multi-campus health care system dedicated to providing highly personalized care, excellent access to primary care providers and specialists and a more informed patient experience. Mercy Health serves West Michigan and the lakeshore with five hospital campuses, 58 physician offices, more than 1,300 medical staff physicians, more than 800 hospital beds and 7,200 associates. Mercy Health Physician Partners, a multi-specialty physician network, employs a total of 491 providers: 275 Physicians and Advanced Practice Professionals in Grand Rapids and 216 Physicians and Advanced Practice Professionals in Muskegon and the lakeshore. The system includes leading teaching hospitals, and renowned clinical leadership in oncology, cardiology, orthopedics, and neurology.

#### Mercy Hospital
**Cadillac, Michigan** (founded 1908)

Mercy Hospital Cadillac staffs 97 inpatient beds and provides care to more than 80,000 residents across seven counties. It's physicians and primary care providers have expertise in more than 30 specialties. On-staff specialists offer care in cardiology, general and orthopedic surgery, obstetrics and gynecology, pediatrics, podiatry, and urology.

Quality, local care is complemented by a large network of specialists from Munson Healthcare, Trinity Health, and other health care professionals who visit communities served by Mercy Hospital Cadillac. Mercy Hospital Cadillac is owned by the Nation's third largest Catholic healthcare organization, Trinity Health, Novi, Michigan and has a partnership agreement with Munson Healthcare, Traverse City, Michigan.

In 2011, Mercy Hospital Cadillac joined Mercy Health. Membership in this new system has expanded the hospital's service offering and linked it with some of Michigan's most prominent hospitals.

### Mercy Hospital
**Grayling, Michigan** (founded 1911)

Mercy Hospital Grayling is a primary care facility serving a four-county area in the heart of northern lower Michigan. To the people of northern Michigan, Mercy Hospital is synonymous with quality medical care and personalized attention. Adjacent to the hospital is Mercy Manor, a skilled and basic long-term care unit. The active medical staff represents such specialties as obstetrics, internal medicine, family practice, pediatrics, general and orthopedic surgery, ophthalmology and urology. Mercy Grayling hospital has a network of multi-specialty physician groups, called Mercy Family Care, offering primary care services in various locations throughout Crawford and Roscommon counties. Mercy Hospital Grayling partners with Munson Healthcare in Traverse City, Mich., to improve access to specialty services.

In 2011, Mercy Hospital Grayling joined Mercy Health. Membership in this new system has expanded the hospital's service offering and linked it with some of Michigan's most prominent hospitals.

### Saint Joseph Mercy Health System
Saint Joseph Mercy Health System leverages the combined talent and resources of 6 Hospitals, 6 Outpatient Health Centers, 7 Urgent Care Facilities and over 25 Specialty Centers to create a Regional Health Care System that spans five counties in southeastern Michigan, and includes a team of nearly 14,000 nurses and staff, and 2,700 physicians.

### Chelsea Community Hospital
**Chelsea, Michigan** (founded 1970)

Chelsea Community Hospital is a not-for-profit hospital established in 1970. Located in Chelsea, Michigan, CCH is a member of Saint Joseph Mercy Health System. CCH is nationally recognized for both quality of care and patient satisfaction by national ranking organization Press Ganey, and is accredited by the Joint Commission. CCH attracts more than 300 physicians in almost all disciplines, with leading edge technology, including the largest and strongest MRI in Michigan. As a not-for-profit hospital, Chelsea Community Hospital reinvests its profits back into the community through programs to serve the poor and uninsured, manage chronic conditions like diabetes, health education and promotion initiatives, and outreach for the elderly.

### St. Joseph Mercy Ann Arbor
**Ann Arbor, Michigan** (founded 1911)

St. Joseph Mercy Ann Arbor is an academic teaching hospital and tertiary care center. The hospital, with 529 licensed beds, is situated on a 341-acre campus in the Ann Arbor area. Its staff of physicians, nurses and health care professionals have extensive training in a variety of specialty or tertiary care programs, including cardiology, oncology, obstetrics, orthopedics, surgery, Level II trauma, physical medicine and rehabilitation, women and children's, and senior health services. St. Joseph Mercy Ann Arbor provides medical residency training programs in internal medicine, transitional, surgery, ob/gyn and emergency medicine for 130 residents.

### St. Joseph Mercy Livingston
**Howell, Michigan** (founded 1958)

St. Joseph Mercy Livingston is a 136-bed hospital that offers professional services in a friendly, caring community environment. Services include an award-winning 24-hour emergency department, inpatient and outpatient surgery, including joint replacement, a variety of diagnostic and outpatient services and over 300 physicians serving patients.

### St. Joseph Mercy Oakland
**Pontiac, Michigan** (founded 1927)

St. Joseph Mercy Oakland is a longtime leader in health care in Oakland County. It includes multi-specialty centers, outpatient programs, affiliated organizations, long-term living facilities and home care. St. Joseph Mercy's 700-member medical staff represents all major specialties and subspecialties. On-site services include the Elliott M. Estes Heart Center, with a complete cardiac care program to diagnose, treat and manage heart disease. The Mercy Cancer Care program offers comprehensive programs and services for adults and children. Other programs include a full complement of women's and children's services, an extensive rehabilitation program, and a wide range of behavioral medicine services. St. Joseph Mercy has formed several partnerships, including the Henry Ford-St. Joseph Mercy Health Network, which offers patients greater options for their healthcare. Its most recent partnership with LifeTime Fitness (a local health club) gives St. Joseph Mercy the opportunity to host programs at the club and offer talks and seminars on a wide variety of health care topics.

### St. Joseph Mercy Port Huron
**Port Huron, Michigan** (founded 1954)

St. Joseph Mercy Port Huron has a long-standing commitment to the residents of the Blue Water Area and surrounding communities. Patients are cared for in the acute-care facility, at one of the seven Mercy Family Care physician offices, or at home through Mercy Home Care. St. Joseph Mercy Port Huron is the area's designated Regional Cancer Center. In addition, the hospital offers rehabilitation services at two Mercy FITRAC locations, serving the business and industry community through Mercy Business Health Services, as well as caring for the underinsured and uninsured through a partnership with the St. Clair County Medical Society at the Peoples' Clinic for Better Health. We also offer a new state of the art Emergency Room that is staffed by board certified emergency department physicians and specially trained emergency department personnel 24 hours a day. The facility provides a visitor-friendly lounge, 15 private treatment rooms an entry security station, x-ray suite, ample parking adjacent to the facility entrance, and a lounge with a children's play area. The Mercy ambulatory health center is dedicated to providing convenient access to outpatient medical services, including retail pharmacy, laboratory, radiology, surgery, endoscopy, outpatient physical and occupational therapy in the fast-growing Fort Gratiot area.

### St. Mary Mercy Livonia
**Livonia, Michigan** (founded 1959)

St. Mary Mercy Livonia is a full service 304-bed acute care hospital that provides comprehensive care, including a 24-hour emergency department, general medicine, inpatient and outpatient surgery, physical medicine and rehabilitation, intensive care unit, cancer, cardiology, geriatrics, and birthing and women's services.

### Trinity Home Health Services
**Michigan Locations**

Trinity Home Health Services is recognized as a provider of choice for home health and hospice care. This network of agencies provides services seven days a week with on-call availability; assigning consistent, highly trained caregivers; offering specialized programs such as palliative care, fall prevention and advanced wound care; and meeting or exceeding all home care outcome standards.

### Trinity Senior Living Communities
**Michigan Locations**

Our Sanctuary communities offer a range of living options — from carefree Independent Living and Healthy Living apartments and convenient Assisted Living residences to advanced Rehabilitation Services and personalized Nursing and Memory Care neighborhoods. Seniors choose to live in our communities for many reasons. Some want independence and convenience. Others seek friendship and personalized assistance. Some seek loving, faith-based care for body and soul. Sanctuary offers choices for every senior, in every situation.