# Exhibit 18



## DIOCESE AND BISHOP ADDRESSES

### ALABAMA

#### Diocese of Birmingham

2121 3rd Avenue North
P.O. Box 12047
Birmingham, AL 35202-2047
bhmdiocese.org/. . .

**Bishop Robert J. Baker**
Bishop of Birmingham

**Bishop David E. Foley**
Bishop Emeritus of Birmingham

#### Archdiocese of Mobile

400 Government Street
Mobile, AL 36602
mobilearchdiocese.org/.
. .

**Archbishop Thomas J. Rodi**
Archbishop of Mobile

**Archbishop Oscar H. Lipscomb**
Archbishop Emeritus of Mobile

### ALASKA

back to top

#### Archdiocese of Anchorage

225 Cordova Street
Anchorage, AK 99501-2409
archdioceseofanchorage.org.
. .

**Archbishop Roger L. Schwietz OMI**
Archbishop of Anchorage

**Archbishop Francis T. Hurley**
Archbishop Emeritus of Anchorage

#### Diocese of Fairbanks

1316 Peger Road
Fairbanks, AK 99709-5199
cbna.info/. . .

**Archbishop Roger L. Schwietz OMI**
Apostolic Administrator of Fairbanks

#### Diocese of Juneau

415 Sixth Street #300
Juneau, AK 99801-1074
dioceseofjuneau.org/. . .

**Bishop Edward J. Burns**
Bishop of Juneau

### ARIZONA

back to top

#### Holy Protection of Mary Byzantine Catholic Eparchy of Phoenix

8105 North 16th Street
Phoenix, AZ  85020
eparchyofphoenix.org/. . .

**Bishop Gerald N. Dino**
Bishop of Holy Protection of Mary Byzantine Catholic Eparchy of Phoenix

## Diocese of Phoenix

400 East Monroe Street
Phoenix, AZ  85004-2336
diocesephoenix.org/. . .

**Bishop Thomas J. Olmsted**
Bishop of Phoenix

**Bishop Eduardo A. Nevares**
Auxiliary Bishop of Phoenix

**Bishop Thomas J. O'Brien**
Bishop Emeritus of Phoenix

## Diocese of Tucson

P.O. Box 31
Tucson, AZ  85702
diocesetucson.org/. . .

**Bishop Gerald F. Kicanas**
Bishop of Tucson

## A R K A N S A S

back to top

## Diocese of Little Rock

2500 N. Tyler Street
LittleRock, AR  72207
dolr.org/. . .

**Bishop Anthony B. Taylor**
Bishop of Little Rock

**Bishop Andrew J. McDonald**
Bishop Emeritus of Little Rock

## C A L I F O R N I A

back to top

## Armenian Catholic Eparchy of Our Lady of Nareg in the United States and Canada

1510 East Mountain St
Glendale, CA  91207
http://armenianeparchy.org/
. .

**Bishop Mikaël Mouradian**
Eparch of the Armenian Catholic Eparchy of Our Lady of Nareg

**Bishop Manuel Batakian**
Bishop Emeritus of Our Lady of Nareg in New York of Armenian Catholics

## Chaldean Catholic Eparchy of St. Peter the Apostle

1627 Jamacha Way
ElCajon, CA  92019
kaldu.org/. . .

**Bishop Sarhad Jammo**
Bishop of Chaldean Catholic Eparchy of St. Peter the Apostle

## Diocese of Fresno

1550 North Fresno Street
Fresno, CA  93707-3788
dioceseoffresno.org/. . .

**Bishop Armando X. Ochoa**
Bishop of Fresno

## Archdiocese of Los Angeles

3424 Wilshire Boulevard
LosAngeles, CA  90010-2202
la-archdiocese.org/. . .

**Archbishop José H. Gomez**
Archbishop of Los Angeles

**Bishop Edward W. Clark**
Auxiliary Bishop of Los Angeles

**Bishop Thomas J. Curry**
Auxiliary Bishop of Los Angeles

**Bishop Alexander Salazar**
Auxiliary Bishop of Los Angeles

**Bishop Oscar Azarcon Solis**
Auxiliary Bishop of Los Angeles

**Bishop Gerald E. Wilkerson**
Auxiliary Bishop of Los Angeles

**Cardinal Roger M. Mahony**
Archbishop Emeritus of Los Angeles

**Bishop Joseph M. Sartoris**
Auxiliary Bishop Emeritus of Los Angeles

**Bishop Gabino Zavala**
Auxiliary Bishop Emeritus of Los Angeles

### Diocese of Monterey
P.O. Box 2048
Monterey, CA  93942
dioceseofmonterey.org/. . .

**Bishop Richard J. Garcia**
Bishop of Monterey

**Bishop Sylvester D. Ryan**
Bishop Emeritus of Monterey

### Diocese of Oakland
2121 Harrison Street
Suite 100
Oakland, CA  94612
oakdiocese.org/. . .

**Bishop Michael C. Barber SJ**
Bishop of Oakland

**Bishop John S. Cummins**
Bishop Emeritus of Oakland

### Diocese of Orange
Pastoral Center
13280 Chapman Avenue
GardenGrove, CA  92840
rcbo.org/. . .

**Bishop Kevin W. Vann**
Bishop of Orange

**Bishop Dominic M. Luong**
Auxiliary Bishop of Orange

**Bishop Tod D. Brown**
Bishop Emeritus of Orange

### Diocese of Sacramento
2110 Broadway
Sacramento, CA  95818
diocese-sacramento.org/. . .

**Bishop Jaime Soto**
Bishop of Sacramento

**Bishop Myron J. Cotta**
Auxiliary Bishop of Sacramento

**Bishop Francis A. Quinn**
Bishop Emeritus of Sacramento

**Bishop William K. Weigand**
Bishop Emeritus of Sacramento

## Diocese of San Bernardino

1201 E. Highland Avenue
SanBernardino, CA  92404-5300
sbdiocese.org/. . .

**Bishop Gerald R. Barnes**
Bishop of San Bernardino

**Bishop Rutilio J. del Riego**
Auxiliary Bishop of San Bernardino

## Diocese of San Diego

P.O. Box 85728
SanDiego, CA  92186-5728
diocese-sdiego.org/. . .

**Bishop Cirilo B. Flores**
Bishop of San Diego

**Bishop Robert H. Brom**
Bishop Emeritus of San Diego

**Bishop Gilbert E. Chávez**
Auxiliary Bishop Emeritus of San Diego

## Archdiocese of San Francisco

One Peter Yorke Way
SanFrancisco, CA  94109
sfarchdiocese.org/. . .

**Archbishop Salvatore J. Cordileone**
Archbishop of San Fransisco

**Bishop William J. Justice**
Auxiliary Bishop of San Francisco

**Bishop Robert W. McElroy**
Auxiliary Bishop of San Francisco

**Archbishop George H. Niederauer**
Archbishop Emeritus of San Francisco

**Bishop John R. Quinn**
Archbishop Emeritus of San Francisco

**Bishop Ignatius C. Wang**
Auxiliary Bishop Emeritus of San Francisco

## Diocese of San Jose

1150 North 1st Street
Suite 100
SanJose, CA  95112-4966
dsj.org/. .

**Bishop Patrick J. McGrath**
Bishop of San Jose

**Bishop Thomas A. Daly**
Auxiliary Bishop of San Jose

**Bishop R. Pierre DuMaine**
Bishop Emeritus of San Jose

## Diocese of Santa Rosa

P.O. Box 1297
SantaRosa, CA  95402
santarosacatholic.org/. . .

**Bishop Robert F. Vasa**
Bishop of Santa Rosa

**Bishop Daniel F. Walsh**
Bishop Emeritus of Santa Rosa

## Diocese of Stockton

212 N. San Joaquin Street
Stockton, CA  95202-2409
stocktondiocese.org/. . .

**Bishop Stephen E. Blaire**
Bishop of Stockton

## COLORADO

back to top

### Diocese of Colorado Springs

Diocesan Pastoral Center
228 N. Cascade Avenue
ColoradoSprings, CO  80903
diocs.org/. . .

**Bishop Michael J. Sheridan**
Bishop of Colorado Springs

**Bishop Richard C. Hanifen**
Bishop Emeritus of Colorado Springs

### Archdiocese of Denver

1300 South Steele Street
Denver, CO  80210
archden.org/. . .

**Archbishop Samuel J. Aquila**
Archbishop of Denver

### Diocese of Pueblo

1001 North Grand Avenue
Pueblo, CO  81003
dioceseofpueblo.com/. . .

**Bishop Stephen J. Berg**
Bishop of Pueblo

**Bishop Fernando Isern**
Bishop Emeritus of Pueblo

**Bishop Arthur N. Tafoya**
Bishop Emeritus of Pueblo

## CONNECTICUT

back to top

### Diocese of Bridgeport

The Catholic Center
238 Jewett Avenue
Bridgeport, CT  06606
bridgeportdiocese.com/. . .

**Bishop Frank J. Caggiano**
Bishop of Bridgeport

### Archdiocese of Hartford

134 Farmington Avenue
Hartford, CT  06105-3784
archdioceseofhartford.org/.
. .

**Archbishop Leonard P. Blair**
Archbishop of Hartford

**Archbishop Henry J. Mansell**
Archbishop Emeritus of Hartford

**Bishop Christie A. Macaluso**
Auxiliary Bishop of Hartford

**Archbishop Daniel A. Cronin**
Archbishop Emeritus of Hartford

**Bishop Peter A. Rosazza**
Auxiliary Bishop Emeritus of Hartford

### Diocese of Norwich

201 Broadway
Norwich, CT  06360
norwichdiocese.org/. . .

**Bishop Michael R. Cote**
Bishop of Norwich

## Ukrainian Catholic Eparchy of Stamford

14 Peveril Road
Stamford, CT  06902
stamforddio.org/. . .

**Bishop Paul P. Chomnycky OSBM**
Bishop for the Ukrainian Catholic Eparchy of Stamford

**Bishop Basil H. Losten**
Bishop Emeritus for the Ukrainian Catholic Eparchy of Stamford

### D E L A W A R E

back to top

## Diocese of Wilmington

1925 Delaware Avenue
Wilmington, DE  19899
cdow.org/. . .

**Bishop W. Francis Malooly**
Bishop of Wilmington

### D I S T R I C T   O F   C O L U M B I A

back to top

## Archdiocese of the Military Services

1025 Michigan Avenue N.E.
P.O. Box 4469
Washington, DC  20017
milarch.org/. . .

**Archbishop Timothy P. Broglio**
Archbishop of the Archdiocese for the Military Services

**Bishop Neal James Buckon**
Auxiliary Bishop for the Archdiocese for the Military Service

**Bishop Robert J. Coyle**
Auxiliary Bishop of the Archdiocese for the Military Services

**Bishop Richard Higgins**
Auxiliary Bishop of the Archdiocese for the Military Services

**Bishop Richard Spencer**
Auxiliary Bishop of the Archdiocese for the Military Services

**Archbishop Joseph T. Dimino**
Archbishop Emeritus of the Archdiocese for the Military Services

**Bishop Joseph J. Madera MSpS**
Auxiliary Bishop Emeritus of the Archdiocese for the Military Services

**Bishop Francis X. Roque**
Auxiliary Bishop Emeritus of the Archdiocese for the Military Services

## Archdiocese of Washington

P.O. Box 29260
Washington, DC  20017
adw.org/. . .

**Cardinal Donald W. Wuerl**
Archbishop of Washington

**Bishop Francisco Gonzalez SF**
Auxiliary Bishop of Washington

**Bishop Martin D. Holley**
Auxiliary Bishop of Washington

**Bishop Barry C. Knestout**
Auxiliary Bishop of Washington

Cardinal William W. Baum
Archbishop Emeritus of Washington

Cardinal Theodore E. McCarrick
Archbishop Emeritus of Washington

Bishop Leonard J. Olivier SVD
Auxiliary Bishop Emeritus of Washington

**F L O R I D A**

back to top

### Archdiocese of Miami

9401 Biscayne Boulevard
MiamiShores, FL 33138
**miamiarch.org/. . .**

**Archbishop Thomas G. Wenski**
Archbishop of Miami

**Bishop Peter Baldacchino**
Auxiliary Bishop of Miami

**Archbishop John C. Favalora**
Archbishop Emeritus of Miami

### Diocese of Orlando

P.O. Box 1800
Orlando, FL 32808-1800
**orlandodiocese.org/. . .**

**Bishop John G. Noonan**
Bishop of Orlando

### Diocese of Palm Beach

9995 N. Military Trail
PalmBeachGardens, FL
33410
**diocesepb.org/. . .**

**Bishop Gerald M. Barbarito**
Bishop of Palm Beach

**Bishop J. Keith Symons**
Bishop Emeritus of Palm Beach

### Diocese of Pensacola-Tallahassee

11 North B Street
Pensacola, FL 32502
**ptdiocese.org/. . .**

**Bishop Gregory L. Parkes**
Bishop of Pensacola-Tallahassee

**Bishop John H. Ricard SSJ**
Bishop Emeritus of Pensacola-Tallahassee

### Diocese of St. Augustine

11625 Old St. Augustine Rd.
Jacksonville, FL 32258
**dosafl.com/. . .**

**Bishop Felipe J. Estévez**
Bishop of St. Augustine

**Bishop Victor B. Galeone**
Bishop Emeritus of St. Augustine

**Bishop John J. Snyder**
Bishop Emeritus of St. Augustine

### Diocese of St. Petersburg

6363 9th Avenue N.
StPetersburg. FL 33710
dosp.org/. . .

**Bishop Robert N. Lynch**
Bishop of St. Petersburg

### Diocese of Venice

1000 Pinebrook Road
Venice, FL 34285
dioceseofvenice.org/. . .

**Bishop Frank J. Dewane**
Bishop of Venice

**Bishop John J. Nevins**
Bishop Emeritus of Venice

## GEORGIA

back to top

### Archdiocese of Atlanta

2401 Lake Park Drive. S.E.
Smyrna, GA 30080
archatl.com/. . .

**Archbishop Wilton D. Gregory**
Archbishop of Atlanta

**Bishop David P. Talley**
Auxiliary Bishop of Atlanta

**Bishop Luis R. Zarama**
Auxiliary Bishop of Atlanta

### Diocese of Savannah

601 East Liberty Street
Savannah, GA 31401-5196
diosav.org/. . .

**Bishop Gregory J. Hartmayer OFM Conv**
Bishop of Savannah

**Bishop J. Kevin Boland**
Bishop Emeritus of Savannah

**Bishop Raymond W. Lessard**
Bishop Emeritus of Savannah

## HAWAII

back to top

### Diocese of Honolulu

1184 Bishop Street
Honolulu. HI 96813
catholichawaii.org/. . .

**Bishop Larry Silva**
Bishop of Honolulu

## IDAHO

back to top

### Diocese of Boise

1501 S. Federal Way
Suite 400
Boise. ID 83705
catholicidaho.org/. . .

**Bishop Michael P. Driscoll**
Bishop of Boise

## ILLINOIS

back to top

## Diocese of Belleville

222 South Third Street
Belleville, IL 62220
diobelle.org/. . .

**Bishop Edward K. Braxton**
Bishop of Belleville

## Archdiocese of Chicago

835 N. Rush Street
Chicago, IL 60611-2030
archchicago.org/. . .

**Cardinal Francis E. George OMI**
Archbishop of Chicago

**Bishop Francis J. Kane**
Auxiliary Bishop of Chicago

**Bishop John R. Manz**
Auxiliary Bishop of Chicago

**Bishop Joseph N. Perry**
Auxiliary Bishop of Chicago

**Bishop George J. Rassas**
Auxiliary Bishop of Chicago

**Bishop Alberto Rojas**
Auxiliary Bishop of Chicago

**Bishop Andrew Peter Wypych**
Auxiliary Bishop of Chicago

**Bishop Raymond E. Goedert**
Auxiliary Bishop Emeritus of Chicago

**Bishop John R. Gorman**
Auxiliary Bishop Emeritus of Chicago

## Diocese of Joliet

Blenchette Catholic Center
16555 Weber Road
CrestHill, IL 60403
dioceseofjoliet.org/. . .

**Bishop R. Daniel Conlon**
Bishop of Joliet

**Bishop Joseph M. Siegel**
Auxiliary Bishop of Joliet

**Bishop Joseph L. Imesch**
Bishop Emeritus of Joliet

## Diocese of Peoria

Spalding Pastoral Center
419 N.E. Madison Avenue
Peoria, IL 61603-3719
cdop.org/. . .

**Bishop Daniel R. Jenky CSC**
Bishop of Peoria

## Diocese of Rockford

555 Coleman Center Drive
P.O. Box 7044
Rockford, IL 81108
rockforddiocese.org/. . .

**Bishop David J. Malloy**
Bishop of Rockford

**Bishop Thomas G. Doran**
Bishop Emeritus of Rockford

## Diocese of Springfield in Illinois

1615 West Washington
Street

**Bishop Thomas John Paprocki**
Bishop of Springfield, IL

Springfield, IL 62702-4757
dio.org/. . .

**Bishop Daniel L. Ryan**
Bishop Emeritus of Springfield, IL

### St. Nicholas of Chicago for Ukrainians
2245 W. Rice Street
Chicago, IL 60622
esnucc.org. . .

**Bishop Richard Stephen Seminack**
Bishop for St. Nicholas of Chicago for Ukraninans

**Bishop Innocent H. Lotocky OSBM**
Bishop Emeritus for St. Nicholas of Chicago for Ukrainians

### St. Thomas Syro Malabar Diocese of Chicago
372 South Prairie Avenue
Elmhurst, IL 60126-4020
stthomasdiocese.org/. . .

**Bishop Jacob Angadiath**
Bishop of St. Thomas Syro Malabar Diocese of Chicago

## I N D I A N A

back to top

### Diocese of Evansville
4200 N. Kentucky Avenue
P.O. Box 4169
Evansville, IN 47724-0169
evansville-diocese.org/.
.

**Bishop Charles C. Thompson**
Bishop of Evansville

**Bishop Gerald A. Gettelfinger**
Bishop Emeritus of Evansville

### Diocese of Fort Wayne-South Bend
915 South Clinton
P.O. Box 390
FortWayne, IN 46801
diocesefwsb.org. . .

**Bishop Kevin C. Rhoades**
Bishop of Fort Wayne-South Bend

### Diocese of Gary
9292 Broadway
Merrillville, IN 46410
dcgary.org/. . .

**Bishop Dale J. Melczek**
Bishop of Gary

### Archdiocese of Indianapolis
1400 N. Meridian Street
Indianapolis, IN 46202
archindy.org/. . .

**Archbishop Joseph William Tobin CSsR**
Archbishop of Indianapolis

**Bishop Christopher J. Coyne**
Auxiliary Bishop of Indianapolis

**Archbishop Daniel M. Buechlein OSB**
Archbishop Emeritus of Indianapolis

### Diocese of Lafayette in Indiana
P.O. Box 260
Lafayette, IN 47902-0260
dol-in.org/. . .

**Bishop Timothy L. Doherty**
Bishop of Lafayette, IN

**Bishop William L. Higi**
Bishop Emeritus of Lafayette, IN

## I O W A

back to top

### Diocese of Davenport
780 W. Central Park Av.
Davenport. IA  52804-1901
**davenportdiocese.org/. . .**

**Bishop Martin J. Amos**
Bishop of Davenport

**Bishop William E. Franklin**
Bishop Emeritus of Davenport

### Diocese of Des Moines
601 Grand Avenue
DesMoines, IA  50309
**dmdiocese.org/. . .**

**Bishop Richard E. Pates**
Bishop of Des Moines

**Bishop Joseph L. Charron CPPS**
Bishop Emeritus of Des Moines

### Archdiocese of Dubuque
1229 Mt. Loretta Avenue
Dubuque, IA  52003
**arch.pvt.k12.ia.us/home.html.
. .**

**Archbishop Michael O. Jackels**
Archbishop of Dubuque

**Archbishop Jerome G. Hanus OSB**
Archbishop Emeritus of Dubuque

**Archbishop Daniel W. Kucera OSB**
Archbishop Emeritus of Dubuque

### Diocese of Sioux City
P.O. Box 3379
1821 Jackson Street
SiouxCity, IA  51102-3379
**scdiocese.org/. . .**

**Bishop R. Walker Nickless**
Bishop of Sioux City

**Bishop Lawrence D. Soens**
Bishop Emeritus of Sioux City

## K A N S A S

back to top

### Diocese of Dodge City
P.O. Box 137
DodgeCity. KS  67801
**dcdiocese.org/. . .**

**Bishop John B. Brungardt**
Bishop of Dodge City

**Bishop Ronald M. Gilmore**
Bishop Emeritus of Dodge City

**Bishop Stanley G. Schlarman**
Bishop Emeritus for Dodge City

### Archdiocese of Kansas City in Kansas
12615 Parallel Parkway
KansasCity, KS  66109
**archkck.org/. . .**

**Archbishop Joseph F. Naumann**
Archbishop of Kansas City

**Archbishop James P. Keleher**
Archbishop Emeritus of Kansas City in Kansas

## Diocese of Salina

103 North Ninth Street
Salina, KS  67401-2503
**salinadiocese.org**/. . .

**Bishop Edward Joseph Weisenburger**
Bishop of Salina

## Diocese of Wichita

424 N. Broadway
Wichita, KS  67202
**catholicdioceseofwichita.org**/
. .

**Bishop Carl A. Kemme**
Bishop-elect of Wichita

**Monsignor Robert E. Hemberger**
Diocesan Administrator of Wichita

**Bishop Eugene J. Gerber**
Bishop Emeritus of Wichita

# KENTUCKY

back to top

## Diocese of Covington

1125 Madison Avenue
Covington, KY  41011-3115
**covingtondiocese.org**/. .
.

**Bishop Roger J. Foys**
Bishop of Covington

## Diocese of Lexington

1310 W. Main Street
Lexington, KY  40508-2048
**cdlex.org**/. . .

**Bishop J. Kendrick Williams**
Bishop Emeritus of Lexington

## Archdiocese of Louisville

P.O. Box 1073
Louisville, KY  40201-1073
**archlou.org**/. . .

**Archbishop Joseph E. Kurtz**
Archbishop of Louisville

## Diocese of Owensboro

600 Locust Street
Owensboro, KY  42301
**rcdok.org**/. . .

**Bishop William F. Medley**
Bishop of Owensboro

**Bishop John J. McRaith**
Bishop Emeritus of Owensboro

# LOUISIANA

back to top

## Diocese of Alexandria

St. Joseph Catholic Ctr.
4400 Coliseum Boulevard
Alexandria, LA  71303-3513
**diocesealex.org**/. . .

**Bishop Ronald P. Herzog**
Bishop of Alexandria

## Diocese of Baton Rouge

P.O. Box 2028
BatonRouge. LA  70821-
2028
**diobr.org**/. . .

**Bishop Robert W. Muench**
Bishop of Baton Rouge

### Diocese of Houma-Thibodaux

2779 Highway 311
Schriever, LA  70395
htdiocese.org/. . .

**Bishop Shelton J. Fabre**
Bishop of Houma-Thibodaux

**Bishop Sam G. Jacobs**
Bishop Emeritus of Houma-Thibodaux

### Diocese of Lafayette in Louisiana

1408 Carmel Drive
Lafayette, LA  70501-5215
diolaf.org/. . .

**Bishop Michael Jarrell**
Bishop of Lafayette

### Diocese of Lake Charles

414 Iris Street
LakeCharles, LA  70601-5234
lcdiocese.org/. . .

**Bishop Glen J. Provost**
Bishop of Lake Charles

### Archdiocese of New Orleans

7887 Walmsley Avenue
NewOrleans, LA  70125
arch-no.org/. . .

**Archbishop Gregory M. Aymond**
Archbishop of New Orleans

**Archbishop Alfred C. Hughes**
Archbishop Emeritus of New Orleans

**Archbishop Francis B. Schulte**
Archbishop Emeritus of New Orleans

**Bishop Dominic Carmon SVD**
Auxiliary Bishop Emeritus of New Orleans

### Diocese of Shreveport

3500 Fairfield Avenue
Shreveport, LA  71104
dioshpt.org/. . .

**Bishop Michael G. Duca**
Bishop of Shreveport

**Bishop William B. Friend**
Bishop Emeritus of Shreveport

**M A I N E**

back to top

### Diocese of Portland in Maine

510 Ocean Avenue
Portland, ME  04103-4936
portlanddiocese.net/. . .

**Bishop Robert P. Deeley**
Bishop of Portland in Maine

**Bishop Joseph J. Gerry OSB**
Bishop Emeritus of Portland, ME

**M A R Y L A N D**

back to top

### Archdiocese of Baltimore

320 Cathedral Street
Baltimore, MD  21201
archbalt.org/. . .

**Archbishop William E. Lori**
Archbishop of Baltimore

**Bishop Denis J. Madden**
Auxiliary Bishop of Baltimore

**Bishop Mitchell Thomas Rozanski**
Auxiliary Bishop of Baltimore

**Cardinal William H. Keeler**
Archbishop Emeritus of Baltimore

**Cardinal Edwin F. O'Brien**
Archbishop Emeritus of Baltimore

**Bishop William C. Newman**
Auxiliary Bishop Emeritus of Baltimore

**MASSACHUSETTS**

back to top

### Archdiocese of Boston

66 Brooks Drive
Braintree, MA  02184-3839
bostoncatholic.org. . .

**Cardinal Seán P. O'Malley OFM Cap**
Archbishop of Boston

**Bishop John A. Dooher**
Auxiliary Bishop of Boston

**Bishop Walter J. Edyvean**
Auxiliary Bishop of Boston

**Bishop Robert F. Hennessey**
Auxiliary Bishop of Boston

**Bishop Arthur Kennedy**
Auxiliary Bishop of Boston

**Bishop Peter J. Uglietto**
Auxiliary Bishop of Boston

**Bishop Emilio S. Allué SDB**
Auxiliary Bishop Emeritus of Boston

**Bishop John P. Boles**
Auxiliary Bishop Emeritus of Boston

**Bishop Francis X. Irwin**
Auxiliary Bishop Emeritus of Boston

### Eparchy of Newton

3 VFW Parkway
Roslindale, MA  02131
www.melkite.org/

**Bishop Nicholas J. Samra**
Bishop for the Eparchy of Newton

**Bishop John A. Elya BSO**
Bishop Emeritus for the Eparchy of Newton

### Diocese of Fall River

P.O. Box 2577
FallRiver, MA  02720
fallriverdiocese.org/. . .

**Bishop George W. Coleman**
Bishop of Fall River

### Diocese of Springfield in Massachusetts

P.O. Box 1730
Springfield, MA  01102
diospringfield.org/. . .

**Bishop Timothy A. McDonnell**
Bishop of Springfield, MA

**Bishop Thomas L. Dupre**
Bishop Emeritus of Springfied, MA

**Bishop Joseph F. Maguire**
Bishop Emeritus of Springfield, MA

## Diocese of Worcester

49 Elm Street
Worcester, MA  01609
worcesterdiocese.org/. . .

**Bishop Robert J. McManus**
Bishop of Worcester

**Bishop Daniel P. Reilly**
Bishop Emeritus of Worcester

**Bishop George E. Rueger**
Auxiliary Bishop Emeritus of Worcester

## MICHIGAN

back to top

### Chaldean Eparchy of Saint Thomas the Apostle

25603 Berg Road
Southfield, MI  48076
chaldean.org. . .

**Bishop Ibrahim N. Ibrahim**
Bishop for the Chaldean Eparchy of Saint Thomas the Apostle

### Archdiocese of Detroit

1234 Washington Boulevard
Detroit, MI  48226
aodonline.org/. . .

**Archbishop Allen H. Vigneron**
Archbishop of Detroit

**Bishop Michael J. Byrnes**
Auxiliary Bishop of Detroit

**Bishop Arturo Cepeda**
Auxiliary Bishop of Detroit

**Bishop Donald F. Hanchon**
Auxiliary Bishop of Detroit

**Bishop Francis R. Reiss**
Auxiliary Bishop of Detroit

**Cardinal Adam J. Maida**
Archbishop Emeritus of Detroit

**Cardinal Edmund Szoka**
Archbishop Emeritus of Detroit

**Bishop Thomas J. Gumbleton**
Auxiliary Bishop Emeritus of Detroit

### Diocese of Gaylord

611 W. North Street
Gaylord, MI  49735
dioceseofgaylord.org/. . .

**Monsignor Francis J. Murphy**
Diocesan Administrator of Gaylord

### Diocese of Grand Rapids

360 Division Avenue S.
GrandRapids, MI  49503
dioceseofgrandrapids.org/. . .

**Bishop David J. Walkowiak**
Bishop of Grand Rapid

**Bishop Walter A. Hurley**
Bishop Emeritus of Grand Rapids

**Bishop Robert J. Rose**
Bishop Emeritus of Grand Rapids

### Diocese of Kalamazoo

215 N. Westnedge Avenue
Kalamazoo, MI  49007
dioceseofkalamazoo.org/. . .

**Bishop Paul J. Bradley**
Bishop of Kalamazoo

**Bishop James A. Murray**
Bishop Emeritus of Kalamazoo

### Diocese of Lansing

300 West Ottawa Street
Lansing, MI  48933
dioceseoflansing.org/. . .

**Bishop Earl A. Boyea**
Bishop of Lansing

**Bishop Carl F. Mengeling**
Bishop Emeritus of Lansing

### Diocese of Marquette

1004 Harbor Hills Drive
Marquette, MI  49855
dioceseofmarquette.org/. . .

**Bishop John F. Doerfler**
Bishop of Marquette

**Bishop James H. Garland**
Bishop Emeritus of Marquette

### Diocese of Saginaw

5800 Weiss Street
Saginaw, MI  48603-2799
saginaw.org/. . .

**Bishop Joseph R. Cistone**
Bishop of Saginaw

## MINNESOTA

back to top

### Diocese of Crookston

1200 Memorial Drive
Crookston, MN  56716
Http://www.crookston.org/

**Bishop Michael J. Hoeppner**
Bishop of Crookston

**Bishop Victor Balke**
Bishop Emeritus of Crookston

### Diocese of Duluth

2830 E. Fourth Street
Duluth, MN  55812
dioceseduluth.org/. . .

**Bishop Paul D. Sirba**
Bishop of Duluth

### Diocese of New Ulm

1400 6th Street North
NewUlm, MN  56073-2099
dnu.org/. . .

**Bishop John M. LeVoir**
Bishop of New Ulm

### Diocese of St. Cloud

P.O. Box 1248
StCloud, MN 56302
stcdio.org/. . .

**Bishop Donald J. Kettler**
Bishop of St. Cloud

**Bishop John F. Kinney**
Bishop Emeritus of St. Cloud

### Archdiocese of St. Paul and Minneapolis

226 Summit Avenue
SaintPaul, MN 55102
archspm.org/. . .

**Archbishop John C. Nienstedt**
Archbishop of St. Paul-Minneapolis

**Bishop Andrew Cozzens**
Auxiliary Bishop of St. Paul-Minneapolis

**Bishop Lee Anthony Piché**
Auxiliary Bishop of St. Paul and Minneapolis

**Archbishop Harry J. Flynn**
Archbishop Emeritus of St. Paul-Minneapolis

### Diocese of Winona

55 W. Sanborn
P.O. Box 588
Winona, MN 55987
dow.org/. . .

**Bishop John M. Quinn**
Bishop of Winona

**Bishop Bernard J. Harrington**
Bishop Emeritus of Winona

## MISSISSIPPI

back to top

### Diocese of Biloxi

1790 Popps Ferry Road
Biloxi, MS 39532
biloxidiocese.org. . .

**Bishop Roger P. Morin**
Bishop of Biloxi

**Bishop Joseph L. Howze**
Bishop Emeritus of Biloxi

### Diocese of Jackson

237 East Amite
P.O. Box 2248
Jackson, MS 39225
jacksondiocese.org/. . .

**Bishop Joseph R. Kopacz**
Bishop of Jackson

**Bishop William R. Houck**
Bishop Emeritus of Jackson

**Bishop Joseph N. Latino**
Bishops Emeritus of Jackson

## MISSOURI

back to top

### Diocese of Jefferson City

2207 West Main Street
P.O. Box 104900
JeffersonCity, MO 65110-

**Bishop John R. Gaydos**
Bishop of Jefferson City

4900
diojeffcity.org/. . .

### Diocese of Kansas City-St. Joseph

Post Office Box 419037        **Bishop Robert W. Finn**
KansasCity, MO  64141-6037  Bishop of Kansas City-St. Joseph
diocese-kcsj.org/. . .

### Maronite Eparchy of Our Lady of Lebanon

1021 S. 10th Street          **Bishop Abdallah Elias Zaidan MLM**
StLouis, MO  63104           Bishop of the Maronite Eparchy of Our Lady of Lebanon
eparchy.org/. . .
                             **Bishop Robert J. Shaheen**
                             Bishop Emeritus of the Maronite Eparchy of Our Lady of Lebanon

### Diocese of Springfield-Cape Girardeau

601 S. Jefferson Avenue      **Bishop James V. Johnston Jr.**
Springfield, MO  65806       Bishop of Springfield-Cape Girardeau
dioscg.org/. . .
                             **Bishop John J. Leibrecht**
                             Bishop Emeritus of Springfield-Cape Girardeau

### Archdiocese of St. Louis

20 Archbishop May Drive      **Archbishop Robert J. Carlson**
StLouis, MO  63119-5738      Archbishop of Saint Louis
archstl.org/. . .
                             **Bishop Edward M. Rice**
                             Auxiliary Bishop of St. Louis

                             **Bishop Robert J. Hermann**
                             Auxiliary Bishop Emeritus of St. Louis

## M O N T A N A

back to top

### Diocese of Great Falls-Billings

P.O. Box 1399                **Bishop Michael W. Warfel**
GreatFalls, MT  59403-1399   Bishop of Great Falls-Billings
http://diocesegfb.org/. . .
                             **Bishop Anthony M. Milone**
                             Bishop Emeritus of Great Falls-Billings

### Diocese of Helena

P.O. Box 1729                **Bishop George Leo Thomas**
Helena, MT  59624            Bishop of Helena
diocesehelena.org/. . .

## N E B R A S K A

back to top

### Diocese of Grand Island

P.O. Box 1531                **Bishop William J. Dendinger**
2708 Old Fair Road           Bishop of Grand Island

GrandIsland, NE  68802
gidiocese.org/. . .

## Diocese of Lincoln

P.O. Box 80328
Lincoln, NE  68501-0328
dioceseoflincoln.org/. . .

**Bishop James D. Conley**
Bishop of Lincoln

**Bishop Fabian W. Bruskewitz**
Bishop Emeritus of Lincoln

## Archdiocese of Omaha

100 N. 62nd Street
Omaha. NE  68132
archomaha.org/. . .

**Archbishop George J. Lucas**
Archbishop of Omaha

**Archbishop Elden F. Curtiss**
Archbishop Emeritus of Omaha

### N E V A D A

back to top

## Diocese of Las Vegas

336 Cathedral Way
LasVegas, NV  89109-0716
lasvegas-diocese.org/. . .

**Bishop Joseph A. Pepe**
Bishop of Las Vegas

## Diocese of Reno

290 S. Arlington Avenue
#200
Reno. NV  89501-1713
dioceseofreno.org/. . .

**Bishop Randolph R. Calvo**
Bishop of Reno

**Bishop Phillip F. Straling**
Bishop Emeritus of Reno

### N E W   H A M P S H I R E

back to top

## Diocese of Manchester

153 Ash Street
Box 310
Manchester, NH  03105-0310
catholicchurchnh.org/. . .

**Bishop Peter A. Libasci**
Bishop of Manchester

**Bishop Francis J. Christian**
Auxiliary Bishop of Manchester

**Bishop Odore J. Gendron**
Bishop Emeritus of Manchester

**Bishop John B. McCormack**
Bishop Emeritus of Manchester

### N E W   J E R S E Y

back to top

## Byzantine Catholic Eparchy of Passaic

445 Lackawanna Av. West
WestPaterson, NJ 07424
eparchyofpassaic.com/. . .

**Bishop Kurt R. Burnette**
Bishop of the Byzantine Catholic Eparchy of Passaic

## Diocese of Camden

631 Market Street
Camden, NJ 08102
camdendiocese.org/. . .

**Bishop Dennis J. Sullivan**
Bishop of Camden

**Bishop Joseph A. Galante**
Bishop Emeritus of Camden

## Eparchy of Our Lady of Deliverance Syriac Catholic Diocese in the United States and Canada

317 Avenue E
Bayonne, NJ 07002-4678
ourladyofdeliverance.org/.
. .

**Bishop Yousif Habash**
Bishop of Our Lady of Deliverance of Syriac Catholic Diocese in the US & Canada

## Diocese of Metuchen

P.O. Box 191
Metuchen, NJ 08840-0191
diometuchen.org/. . .

**Bishop Paul G. Bootkoski**
Bishop of Metuchen

## Archdiocese of Newark

171 Clifton Avenue
Newark, NJ 07104-0500
rcan.org/index.cfm. . .

**Archbishop Bernard A. Hebda**
Coadjutor Archbishop of Newark

**Archbishop John J. Myers**
Archbishop of Newark

**Bishop Manuel A. Cruz**
Auxiliary Bishop of Newark

**Bishop Edgar M. da Cunha SDV**
Auxiliary Bishop of Newark

**Bishop Thomas A. Donato**
Auxiliary Bishop of Newark

**Bishop John W. Flesey**
Auxiliary Bishop of Newark

**Archbishop Peter L. Gerety**
Archbishop Emeritus of Newark

**Bishop David Arias OAR**
Auxiliary Bishop Emeritus of Newark

**Bishop Dominic A. Marconi**
Auxiliary Bishop Emeritus of Newark

**Bishop Charles J. McDonnell**
Auxiliary Bishop Emeritus of Newark

## Diocese of Paterson

777 Valley Road
Clifton, NJ 07013
patersondiocese.org/. . .

**Bishop Arthur J. Serratelli**
Bishop of Paterson

**Bishop Frank J. Rodimer**

Bishop Emeritus of Paterson

### Diocese of Trenton

P.O. Box 5147
Trenton, NJ  08638
dioceseoftrenton.org/. . .

**Bishop David M. O'Connell CM**
Bishop of Trenton

**Bishop John M. Smith**
Bishop Emeritus of Trenton

## NEW MEXICO

back to top

### Diocese of Gallup

711 South Puerco
Gallup, NM  87305
dioceseofgallup.org/. . .

**Bishop James S. Wall**
Bishop of Gallup

### Diocese of Las Cruces

1280 Med Park Drive
LasCruces, NM  88005
dioceseoflascruces.org/.
. .

**Bishop Oscar Cantú**
Bishop of Las Cruces

**Bishop Ricardo Ramírez CSB**
Bishop Emeritus of Las Cruces

### Archdiocese of Santa Fe

4000 St. Joseph's Pl. NW
Albuquerque, NM  87120-
1741
archdiocesesantafe.org/.
. .

**Archbishop Michael J. Sheehan**
Archbishop of Santa Fe

## NEW YORK

back to top

### Diocese of Albany

Pastoral Center
40 North Main Avenue
Albany, NY  12203
rcda.org/. . .

**Bishop Howard J. Hubbard**
Diocesan Administrator of Albany

**Bishop Edward B. Scharfenberger**
Bishop-elect of Albany

### Diocese of Brooklyn

Chancery Office
310 Prospect Park West
Brooklyn, NY  11215
dioceseofbrooklyn.org/. . .

**Bishop Nicholas DiMarzio**
Bishop of Brooklyn

**Bishop Raymond F. Chappetto**
Auxiliary Bishop of Brooklyn

**Bishop Octavio Cisneros**
Auxiliary Bishop of Brooklyn

**Bishop Paul R. Sanchez**
Auxiliary Bishop of Brooklyn

**Bishop Thomas V. Daily**

Bishop Emeritus of Brooklyn

**Bishop Guy Sansaricq**
Auxiliary Bishop Emeritus of Brooklyn

**Bishop René A. Valero**
Auxiliary Bishop Emeritus of Brooklyn

## Diocese of Buffalo

795 Main Street
Buffalo, NY  14203
**buffalodiocese.org/**. . .

**Bishop Richard J. Malone**
Bishop of Buffalo

**Bishop Edward M. Grosz**
Auxiliary Bishop of Buffalo

**Bishop Edward U. Kmiec**
Bishop Emeritus of Buffalo

**Bishop Bernard J. McLaughlin**
Auxiliary Bishop Emeritus of Buffalo

## Eparchy of St. Maron of Brooklyn

109 Remsen Street
Brooklyn, NY  11201
**stmaron.org/**. . .

**Bishop Gregory John Mansour**
Bishop of St. Maron of Brooklyn

**Stephen Hector Doueihi**
Bishop Emeritus of St. Maron of Brooklyn

## Archdiocese of New York

1011 First Avenue
NewYork, NY  10022
**archny.org/**. . .

**Cardinal Timothy M. Dolan**
Archbishop of New York

**Bishop Josu Iriondo**
Auxiliary Bishop of New York

**Bishop Dominick John Lagonegro**
Auxiliary Bishop of New York

**Bishop Gerald T. Walsh**
Auxiliary Bishop of New York

**Cardinal Edward M. Egan**
Archbishop Emeritus of New York

**Bishop Robert A. Brucato**
Auxiliary Bishop Emeritus of New York

**Bishop James F. McCarthy**
Auxiliary Bishop Emeritus of New York

## Diocese of Ogdensburg

P.O. Box 369
622 Washington Street
Ogdensburg, NY  13669
**https://www.dioogdensburg.org/**.
. .

**Bishop Terry R. LaValley**
Bishop of Ogdensburg

## Diocese of Rochester

1150 Buffalo Road
Rochester, NY  14624
dor.org/. . .

**Bishop Salvatore R. Matano**
Bishop of Rochester

**Bishop Matthew H. Clark**
Bishop Emeritus of Rochester

### Diocese of Rockville Centre

50 North Park Avenue
P.O. Box 9023
RockvilleCentre, NY  11571-9023
drvc.org/. . .

**Bishop William F. Murphy**
Bishop of Rockville Centre

**Bishop Robert J. Brennan**
Auxiliary Bishop of Rockville Centre

**Bishop Nelson J. Pérez**
Auxiliary Bishop of Rockville Centre

**Bishop Paul H. Walsh**
Auxiliary Bishop of Rockville Centre

**Bishop Andrzej Zglejszewski**
Auxiliary Bishop of Rockville Centre

**Bishop John C. Dunne**
Auxiliary Bishop Emeritus of Rockville Centre

**Bishop Emil A. Wcela**
Auxiliary Bishop Emeritus of Rockville Centre

### Diocese of Syracuse

240 East Onondaga Street
Syracuse, NY  13201
syracusediocese.org/. . .

**Bishop Robert J. Cunningham**
Bishop of Syracuse

**Bishop James M. Moynihan**
Bishop Emeritus of Syracuse

**Bishop Thomas J. Costello**
Auxiliary Bishop Emeritus of Syracuse

### Syro-Malankara Catholic Exarchate in USA

Exarchial Chancery
1500 De Paul Street
Elmont, NY  11003
http://syromalankarausa.org/. . .

**Bishop Thomas Mar Eusebius**
Bishop of Syro-Malankara Catholic Exarchate in USA

**NORTH CAROLINA**

back to top

### Diocese of Charlotte

1123 South Church Street
Charlotte, NC  28203
charlottediocese.org/. . .

**Bishop Peter J. Jugis**
Bishop of Charlotte

**Bishop William G. Curlin**
Bishop Emeritus of Charlotte

### Diocese of Raleigh

715 Nazareth Street
Raleigh, NC  27606
**dioceseofraleigh.org/** . .

**Bishop Michael F. Burbidge**
Bishop of Raleigh

## NORTH DAKOTA

back to top

### Diocese of Bismarck

420 Raymond Street
P.O. Box 1575
Bismarck, ND  58502-1575
**bismarckdiocese.com/** .
.

**Bishop David D. Kagan**
Bishop of Bismarck

**Bishop Paul A. Zipfel**
Bishop Emeritus of Bismarck

### Diocese of Fargo

5201 Bishops Boulevard
Suite A
Fargo, ND  58104-7605
**fargodiocese.org/** . .

**Bishop John T. Folda**
Bishop of Fargo

## OHIO

back to top

### Archdiocese of Cincinnati

100 East Eighth Street
Cincinnati, OH  45202
**catholiccincinnati.org/** . .

**Archbishop Dennis M. Schnurr**
Archbishop of Cincinnati

**Bishop Joseph R. Binzer**
Auxiliary Bishop of Cincinnati

**Archbishop Daniel E. Pilarczyk**
Archbishop Emeritus of Cincinnati

### Diocese of Cleveland

1404 East Ninth Street
Cleveland, OH  44114
**dioceseofcleveland.org/**
. .

**Bishop Richard G. Lennon**
Bishop of Cleveland

**Bishop Roger W. Gries OSB**
Auxiliary Bishop of Cleveland

**Bishop Anthony M. Pilla**
Bishop Emeritus of Cleveland

**Bishop A. Edward Pevec**
Auxiliary Bishop Emeritus of Cleveland

### Diocese of Columbus

197 E. Gay Street
Columbus. OH  43215
**colsdioc.org/** . .

**Bishop Frederick F. Campbell**
Bishop of Columbus

**Bishop James A. Griffin**
Bishop Emeritus of Columbus

### Eparchy of Parma

1900 Carlton Road
Parma. OH 44134
parma.org/. . .

**Bishop John M. Kudrick**
Bishop for the Eparchy of Parma

## Eparchy of St. George in Canton for the Romanians
P.O. Box 7189
Canton, OH 44705-0189
romaniancatholic.org/. . .

**Bishop John Michael Botean**
Bishop of St. George in Canton for the Romanians

## Diocese of Steubenville
422 Washington Street
P.O. Box 969
Steubenville, OH 43952
diosteub.org/. . .

**Bishop Jeffrey M. Monforton**
Bishop of Steubenville

**Bishop Gilbert I. Sheldon**
Bishop Emeritus of Steubenville

## Diocese of Toledo
1933 Spielbusch Avenue
Toledo, OH 43697-0985
toledodiocese.org/. . .

**Reverend Charles F. Ritter**
Diocesan Administrator of Toledo

**Bishop Robert W. Donnelly**
Auxiliary Bishop Emeritus of Toledo

## Ukrainian Catholic Eparchy of St. Josaphat- Parma, OH
P.O. Box 347180
Parma. OH 44134-7180
st.josaphateparchy.org/
. .

**Bishop John Bura**
Apostolic Administrator for the Ukrainian Cath. Eparchy of St. Josaphat

**Bishop Robert M. Moskal**
Bishop Emeritus for the Ukrainian Catholic Eparchy of St. Josaphat-Parma, OH

## Diocese of Youngstown
144 W. Wood Street
Youngstown, OH 44503
doy.org/. . .

**Bishop George V. Murry SJ**
Bishop of Youngstown

## O K L A H O M A

back to top

### Archdiocese of Oklahoma City
7501 N.W. Expressway
OklahomaCity, OK 73102
catharchdioceseokc.org/
. .

**Archbishop Paul S. Coakley**
Archbishop of Oklahoma City

**Archbishop Eusebius J. Beltran**
Archbishop Emeritus of Oklahoma City

### Diocese of Tulsa
P.O. Box 690240
Tulsa, OK 74169-0240
dioceseoftulsa.org/. . .

**Bishop Edward J. Slattery**
Bishop of Tulsa

## O R E G O N

back to top

### Diocese of Baker

P.O. Box 5999
Bend, OR 97708-5999
http://dioceseofbaker.org/ . . .

**Bishop Liam Cary**
Bishop of Baker

**Bishop Thomas J. Connolly**
Bishop Emeritus of Baker

### Archdiocese of Portland in Oregon

2838 East Burnside Street
Portland, OR 97214-1895
archdpdx.org/. . .

**Archbishop Alexander K. Sample**
Archbishop of Portland in Oregon

**Bishop Peter L. Smith**
Auxiliary Bishop-elect of Portland in Oergon

**Archbishop John G. Vlazny**
Archbishop Emeritus of Portland, OR

**Bishop Kenneth D. Steiner**
Auxiliary Bishop Emeritus of Portland, OR

## P E N N S Y L V A N I A

back to top

### Diocese of Allentown

P.O. Box F
Allentown, PA 18105-1538
allentowndiocese.org/. . .

**Bishop John O. Barres**
Bishop of Allentown

**Bishop Edward P. Cullen**
Bishop Emeritus of Allentown

### Diocese of Altoona-Johnstown

927 S. Logan Boulevard
Hollidaysburg, PA 16648
ajdiocese.org/. . .

**Bishop Mark L. Bartchak**
Bishop of Altoona-Johnston

**Bishop Joseph V. Adamec**
Bishop Emeritus of Altoona-Johnstown

### Byzantine Catholic Archeparchy of Pittsburgh

66 Riverview Avenue
Pittsburgh, PA 15214
archeparchy.org/. . .

**Archbishop William C. Skurla**
Archbishop for the Byzantine Catholic Archeparchy of Pittsburgh

### Diocese of Erie

P.O. Box 10397
Erie, PA 16514-0397
eriercd.org/. . .

**Bishop Lawrence T. Persico**
Bishop of Erie

**Bishop Donald W. Trautman**
Bishop Emeritus of Erie

### Diocese of Greensburg

723 East Pittsburgh St.
Greensburg, PA 15601
dioceseofgreensburg.org/. . .

**Bishop Lawrence E. Brandt**
Bishop of Greensburg

### Diocese of Harrisburg

4800 Union Deposti Road
Harrisburg, PA  17111
hbgdiocese.org/. . .

**Bishop Ronald W. Gainer**
Bishop of Harrisburg

## Archdiocese of Philadelphia

222 North 17th Street
Philadelphia, PA  19103-1299
archphila.org/. . .

**Archbishop Charles J. Chaput OFM Cap**
Archbishop of Philadelphia

**Bishop Michael J. Fitzgerald**
Auxiliary Bishop of Philadelphia

**Bishop John J. McIntyre**
Auxiliary Bishop of Philadelphia

**Bishop Timothy C. Senior**
Auxiliary Bishop of Philadelphia

**Bishop Daniel E. Thomas**
Auxiliary Bishop of Philadelphia

**Cardinal Justin F. Rigali**
Archbishop Emeritus of Philadelphia

**Bishop Louis A. DeSimone**
Auxiliary Bishop Emeritus of Philadelphia

**Bishop Martin N. Lohmuller**
Auxiliary Bishop Emeritus of Philadelphia

**Bishop Robert P. Maginnis**
Auxiliary Bishop Emeritus of Philadelphia

## Diocese of Pittsburgh

111 Blvd. of the Allies
Pittsburgh, PA  15222
diopitt.org/. . .

**Bishop David A. Zubik**
Bishop of Pittsburgh

**Bishop William John Waltersheid**
Auxiliary Bishop of Pittsburgh

**Bishop William J. Winter**
Auxiliary Bishop Emeritus of Pittsburgh

## Diocese of Scranton

300 Wyoming Avenue
Scranton, PA  18503
dioceseofscranton.org/. .

**Bishop Joseph C. Bambera**
Bishop of Scranton

**Bishop Joseph F. Martino**
Bishop Emeritus of Scranton

**Bishop James C. Timlin**
Bishop Emeritus of Scranton

**Bishop John M. Dougherty**
Auxiliary Bishop Emeritus of Scranton

## Ukrainian Catholic Archeparchy of Philadelphia

827 N. Franklin Street
Philadelphia, PA  19123
ukrarcheparchy.us/. . .

**Archbishop Stefan Soroka**
Archbishop for the Ukrainian Catholic Archeparchy of Philadelphia

**Archbishop Stephen M. Sulyk**

Archbishop Emeritus for the Ukrainian Catholic Archeparchy of Philadelphia

## R H O D E   I S L A N D

back to top

### Diocese of Providence

One Cathedral Square
Providence, RI  02903
**dioceseofprovidence.org/**
. .

**Bishop Thomas J. Tobin**
Bishop of Providence

**Bishop Robert C. Evans**
Auxiliary Bishop of Providence

**Bishop Louis E. Gelineau**
Bishop Emeritus of Providence

**Bishop Robert E. Mulvee**
Bishop Emeritus of Providence

## S O U T H   C A R O L I N A

back to top

### Diocese of Charleston

119 Broad Street
P.O. Box 818
Charleston, SC  29402
**catholic-doc.org/**. .

**Bishop Robert E. Guglielmone**
Bishop of Charleston

## S O U T H   D A K O T A

back to top

### Diocese of Rapid City

606 Cathedral Drive
RapidCity, SD  57701-5407
**rapidcitydiocese.org/**. .

**Bishop Robert D. Gruss**
Bishop of Rapid City

### Diocese of Sioux Falls

523 N. Duluth Avenue
SiouxFalls, SD  57104
**diocese-of-sioux-falls.org/**. .

**Bishop Paul J. Swain**
Bishop of Sioux Falls

## T E N N E S S E E

back to top

### Diocese of Knoxville

805 Northshore Drive SW
Knoxville, TN  37919
**dioknox.org/**. .

**Bishop Richard F. Stika**
Bishop of Knoxville

### Diocese of Memphis

5825 Shelby Oaks Drive
Memphis, TN  38134-7316
**cdom.org/**. .

**Bishop J. Terry Steib SVD**
Bishop of Memphis

### Diocese of Nashville

2400 Twenty-first Ave. S.
Nashville, TN  37212-5387
dioceseofnashville.com/.
. .

**Bishop David R. Choby**
Bishop of Nashville

## T E X A S

back to top

### Diocese of Amarillo

P.O. Box 5644
Amarillo, TX  79117
amarillodiocese.org/. . .

**Bishop Patrick J. Zurek**
Bishop of Amarillo

**Bishop John W. Yanta**
Bishop Emeritus of Amarillo

### Diocese of Austin

6225 Highway 290 East
Austin, TX  78723-1025
austindiocese.org. . .

**Bishop Joe S. Vásquez**
Bishop of Austin

**Bishop John E. McCarthy**
Bishop Emeritus of Austin

### Diocese of Beaumont

710 Archie Street
Beaumont, TX  77701
dioceseofbmt.org. . .

**Bishop Curtis J. Guillory SVD**
Bishop of Beaumont

### Diocese of Brownsville

1910 University Boulevard
Brownsville, TX  78520
cdob.org/. . .

**Bishop Daniel E. Flores**
Bishop of Brownsville

**Bishop Raymundo J. Peña**
Bishop Emeritus of Brownsville

### Diocese of Corpus Christi

620 Lipan Street
CorpusChristi, TX  78401
diocesecc.org/. . .

**Bishop Wm. Michael Mulvey**
Bishop of Corpus Christi

**Bishop Edmond Carmody**
Bishop Emeritus of Corpus Christi

**Bishop Rene H. Gracida**
Bishop Emeritus of Corpus Christi

### Diocese of Dallas

3725 Blackburn Street
Dallas, TX  75219
cathdal.org/. . .

**Bishop Kevin J. Farrell**
Bishop of Dallas

**Bishop J. Douglas Deshotel**
Auxiliary Bishop of Dallas

**Bishop Charles V. Grahmann**
Bishop Emeritus of Dallas

### Diocese of El Paso
499 St. Matthews Street
ElPaso, TX  79907
**elpasodiocese.org/. . .**

**Bishop Mark J. Seitz**
Bishop of El Paso

### Diocese of Fort Worth
800 West Loop 820 South
FortWorth, TX  76108
**fwdioc.org/. . .**

**Bishop Michael F. Olson**
Bishop of Fort Worth

### Archdiocese of Galveston-Houston
1700 San Jacinto
Houston, TX  77001-0907
**diogh.org**. . .

**Cardinal Daniel N. DiNardo**
Archbishop of Galveston-Houston

**Bishop George A. Sheltz**
Auxiliary Bishop of Galveston-Houston

**Archbishop Joseph A. Fiorenza**
Archbishop Emeritus of Galveston-Houston

**Bishop Vincent M. Rizzotto**
Auxiliary Bishop Emeritus of Galveston-Houston

### Diocese of Laredo
1901 Corpus Christi St.
Laredo, TX  78043
**dioceseoflaredo.org/. . .**

**Bishop James A. Tamayo**
Bishop of Laredo

### Diocese of Lubbock
4620 Fourth Street
Lubbock, TX  79499-8700
**catholiclubbock.org/. . .**

**Bishop Plácido Rodríguez CMF**
Bishop of Lubbock

### Diocese of San Angelo
804 Ford Street
SanAngelo, TX  76905
**sanangelodiocese.org/. . .**

**Bishop Michael J. Sis**
Bishop of San Angelo

**Bishop Michael D. Pfeifer OMI**
Bishop Emeritus of San Angelo

### Archdiocese of San Antonio
2718 West Woodlawn
Avenue
SanAntonio, TX  78228-5124
**archsa.org/. . .**

**Archbishop Gustavo García-Siller MSpS**
Archbishop of San Antonio

**Archbishop Patrick F. Flores**
Archbishop Emeritus of San Antonio

**Bishop Thomas J. Flanagan**
Auxiliary Bishop Emeritus of San Antonio

**Bishop Bernard F. Popp**
Auxiliary Bishop Emeritus of San Antonio

### Diocese of The Personal Ordinariate of the Chair of St. Peter
St. Mary's Seminary
9845 Memorial Drive

**Monsignor Jeffrey N. Steenson**
Ordinary of The Personal Ordinariate of the Chair of St. Peter

Houston, TX  77024-3498
**usordinariate.org/. . .**

## Diocese of Tyler

1015 ESE Loop 323
Tyler, TX  75701-9663
**dioceseoftyler.org/. . .**

**Bishop Joseph E. Strickland**
Bishop of Tyler

## Diocese of Victoria

P.O. Box 4070
1505 E. Mesquite Lane
Victoria, TX  77901
**victoriadiocese.org/. . .**

**Bishop David E. Fellhauer**
Bishop of Victoria

### U T A H

back to top

## Diocese of Salt Lake City

27 C Street
SaltLakeCity, UT  84103
**utahcatholicdiocese.org.**
. .

**Bishop John C. Wester**
Bishop of Salt Lake City

### V E R M O N T

back to top

## Diocese of Burlington

55 Joy Drive
SouthBurlington, VT  05403
**vermontcatholic.org/. . .**

**Monsignor John J. McDermott**
Apostolic Administrator of Burlington

**Bishop Kenneth A. Angell**
Bishop Emeritus of Burlington

### V I R G I N   I S L A N D S

back to top

## Diocese of St. Thomas, VI

P.O. Box 301825
StThomas, VI  00803-1825
**catholicvi.com/. . .**

**Bishop Herbert A. Bevard**
Bishop of St. Thomas in the Virgin Islands

**Bishop Elliott G. Thomas**
Bishop Emeritus of St. Thomas, VI

### V I R G I N I A

back to top

## Diocese of Arlington

200 North Glebe Road
Arlington, VA  22203
**arlingtondiocese.org/. . .**

**Bishop Paul S. Loverde**
Bishop of Arlington

## Diocese of Richmond

**Bishop Francis X. DiLorenzo**
Bishop of Richmond

7800 Carousel Lane
Richmond, VA  23294-4201
**richmonddiocese.org/** . . .

## WASHINGTON

back to top

### Archdiocese of Seattle

710 9th Avenue
Seattle, WA  98104
**seattlearchdiocese.org/.**
.

**Archbishop J. Peter Sartain**
Archbishop of Seattle

**Bishop Eusebio L. Elizondo MSpS**
Auxiliary Bishop of Seattle

**Archbishop Alexander J. Brunett**
Archbishop Emeritus of Seattle

**Archbishop Raymond G. Hunthausen**
Archbishop Emeritus of Seattle

### Diocese of Spokane

P.O. Box 1453
1023 W. Riverside Avenue
Spokane, WA  99210-1453
**dioceseofspokane.org/** .
.

**Bishop Blase J. Cupich**
Bishop of Spokane

**Bishop William S. Skylstad**
Bishop Emeritus of Spokane

### Diocese of Yakima

5301-A Tieton Drive
Yakima, WA  98908
**yakimadiocese.org/.** . .

**Bishop Joseph J. Tyson**
Bishop of Yakima

**Bishop Carlos A. Sevilla SJ**
Bishop Emeritus of Yakima

## WEST VIRGINIA

back to top

### Diocese of Wheeling-Charleston

1300 Byron Street
Wheeling, WV  26003
**dwc.org/.** . .

**Bishop Michael J. Bransfield**
Bishop of Wheeling-Charleston

## WISCONSIN

back to top

### Diocese of Green Bay

P.O. Box 23825
GreenBay, WI  54305-3825
**gbdioc.org.** . .

**Bishop David L. Ricken**
Bishop of Green Bay

**Bishop Robert F. Morneau**
Auxiliary Bishop of Green Bay

**Bishop Robert J. Banks**
Bishop Emeritus of Green Bay

### Diocese of La Crosse

3710 East Avenue South
P.O. Box 4004
LaCrosse, WI  54602-4004
dioceseoflacrosse.com/.
. .

**Bishop William P. Callahan OFM Conv**
Bishop of La Crosse

### Diocese of Madison

702 South High Point Road
P.O. Box 44983
Madison, WI  53719
madisondiocese.org/. . .

**Bishop Robert C. Morlino**
Bishop of Madison

### Archdiocese of Milwaukee

P.O. Box 70912
Milwaukee, WI  53207-0912
archmil.org/. . .

**Archbishop Jerome E. Listecki**
Archbishop of Milwaukee

**Bishop Donald J. Hying**
Auxiliary Bishop of Milwaukee

**Archbishop Rembert G. Weakland OSB**
Archbishop Emeritus of Milwaukee

**Bishop Richard J. Sklba**
Auxiliary Bishop Emeritus of Milwaukee

### Diocese of Superior

1201 Hughitt Avenue
Superior, WI  54880
catholicdos.org/. . .

**Bishop Peter F. Christensen**
Bishop of Superior

**Bishop Raphael M. Fliss**
Bishop Emeritus of Superior

**W Y O M I N G**

back to top

### Diocese of Cheyenne

2121 Capitol Avenue
Cheyenne, WY  82001
dioceseofcheyenne.org/.
. .

**Bishop Paul D. Etienne**
Bishop of Cheyenne

**Bishop Joseph H. Hart**
Bishop Emeritus of Cheyenne

© 2014 United States Conference of Catholic Bishops