# Exhibit 19

Case 1:15-cv-00353-RHB   ECF No. 46-20, PageID.1323   Filed 05/11/15   Page 2 of 4



611 W. North Street  Gaylord, MI 49735  989.732.5147   Contact Us

Home > Diocesan Offices > Justice and Peace

Follow us on



Home
Mutually Shared Vision
Justice for Immigrants
Religious Liberty
About Our Diocese
Office of the Bishop
Parishes & Schools
**Diocesan Offices**
Vocations
Institutions
Diocesan Calendars
Spiritual Growth
Center for Catholic Studies
Child Protection
Library & Bookstore
Make a Gift
Policies
Job Openings
Catholic Web Resources

## Action Alerts

**Action Alerts** are brief statements from the Justice, Peace and Human Development Office of the United States Conference of Catholic Bishops and other select official Catholic organizations asking you to act on important, timely policy and advocacy issues of justice and peace, both international and domestic, under consideration at the federal level. They describe the basic issue in question, relevant Catholic principles, and what you can do to shape decision-making.

Back To
 Justice and Peace

## Urge Secretary of State Clinton to Reject Actions that Undermine Peace in the Holy Land



**Take Action Now!**

**Quick Links**

Action Alert
JPHD Homepage

USCCB Homepage

*"Lord God, we turn to you in these trying hours when*

*conflict is a daily reality for our sisters and brothers*

*in Israel and Palestine. We promise you to work to our*

*utmost for peace and reconciliation in the region. But we know we cannot do it alone. We very much need the strength of your presence in our midst if we are to overcome the obstacles before us. So our prayer at this moment is that you add your support to our efforts, that you show yourself as a tower of strength in those moments when the barriers seem impassable. Together we*

July 24, 2012

**Urge Secretary of State Clinton to Reject Actions that Undermine in the Holy Land**

**Take Action Now!** Urge Secretary of State Clinton to reinforce the unequivocal opposition of the United States to actions that undermine a two-state solution to the Holy Land conflict, make Israel less secure, an more obstacles to a viable and independent Palestinian state.

**Background:** The Israeli government is currently reviewing recommen( in a report it commissioned that would include the legalization of all sett outposts. The report known as the "Levy Commission Report" is named chairman, former Israeli Supreme Court Justice Edmond Levy. The repc rejects the internationally recognized "occupation" of the West Bank, ar proposes that Israelis be allowed to settle most anywhere in the West E The Commission declared that all Jewish settlements are legal, even th ruled illegal by the Israeli Supreme Court. If the report is adopted, it cou undermine a two-state solution to the Holy Land conflict and preclude tl establishment of a viable Palestinian state living in peace alongside a recognized and secure Israel.

The United States Conference of Catholic Bishops (USCCB) and Cath( Relief Services (CRS) support a two-state solution to the Israeli-Palesti conflict, and believe that any actions that undermine a negotiated peac( between the two parties, such as the Levy Report, must be challenged. Therefore, USCCB and CRS agree with Secretary Clinton when she re stated after meetings with Israeli officials that "it is only through negotia and not through international venues or unilateral acts, that peace can l will be secured." Read a recent letter from Bishop Richard E. Pates to Secretary of State Clinton for more information. See also a recent letter prominent U.S. Jewish leaders.

Take Action Now!

**Stand with the Israeli and Palestinian people for peace.** Support

*can become beacons of hope*

*for just and peaceful societies in the land so very dear to the peoples of your covenant. Amen."*

-From "Voices for Peace in the Holy Land," A Parish Guide, by USCCB & CRS; written by Rev. John T. Pawlikowski, OSM, Catholic Theological Union, Chicago, IL

consistent and persistent U.S. leadership to challenge and restrain both to the conflict and to hold them accountable for mutual steps needed fo peace. Palestinians must improve security by halting attacks on civilian: blocking illegal arms shipments, disarming militias, and improving gover and transparency to build capacity for a future state. Israel needs to free expansion of settlements, withdraw "illegal outposts," ease restrictions ( movement of Palestinians, and refrain from disproportionate military res

Join our Action Network, and we'll send you updates on how you can s on important issues that impact human life and dignity.

Dept. of Justice, Peace and Human Development | US Conference of Catholic Bishops

3211 4th St. NE, Washington, DC 20017-1194

(202) 541-3191 | JPHDmail@usccb.org | www.usccb.org/jphd

Just a reminder that you're receiving this email because you have expressed an interest in the USCCB Department of Justice, Peace and Human Development.

Don't forget to add jphd-usccb@usccb.org to your address book so we'll be sure to land in your inbox!

BACK TO TOP

## Stop the Tax Hike on Immigrant Families!



January 31, 2012

Don't Balance the Budget on the Backs of Working Immigrant Families
*Call Senator Carl Levin and Tell Him to Save the Child Tax Credit for Immigrant Families --*
*202.224.6221*

Friends,

Right now, Congress is debating how to balance the budget. There are lots of ways to do it-- cutting back on unnecessary programs, are asking those who have done very well to pay their fair share.

Instead, Congress is thinking about raising taxes on low-income immigrant families. That's right-- Congress is trying to eliminate the child tax credit for anyone who pays their taxes with a Taxpayer ID Number, rather than a social security number. That means working immigrant families who are doing the right thing are going to be punished with a higher tax bill.

**Congress shouldn't balance the budget on the backs of working immigrant families.**

<u>**Call Senator Carl Levin and tell him to make sure that immigrant families remain eligible for the child tax credit:** 202.224.6221</u>

**Our Senator Carl Levin is a member of the negotiating team. He needs to hear from his constituents right away.**

Please take a moment TODAY to call Congress. It's incredibly important.

Thanks for all you do--

Ryan Bates, AIR (Alliance for Immigrants Rights & Reform Michigan

BACK TO TOP

---

Copyright©2002-2014 Diocese of Gaylord. All Rights Reserved
Site Map · Terms of Use · Spring Photo Credit · Diocese Extranet
Website by Gaslight Media