# Exhibit 23



USCCB  >  Issues And Action  >  Child And Youth Protection

# CHARTER FOR THE PROTECTION OF CHILDREN AND YOUNG PEOPLE

The *Charter for the Protection of Children and Young People* is a comprehensive set of procedures established by the USCCB in June 2002 for addressing allegations of sexual abuse of minors by Catholic clergy. The *Charter* also includes guidelines for reconciliation, healing, accountability, and prevention of future acts of abuse.
The *Charter* directs action in all the following matters:

- Creating a safe environment for children and young people;
- Healing and reconciliation of victims and survivors;
- Making prompt and effective response to allegations;
- Cooperating with civil authorities;
- Disciplining offenders;
- Providing for means of accountability for the future to ensure the problem continues to be effectively dealt with through the Secretariat of Child and Youth Protection and the National Review Board.

*Charter for the Protection of Children and Young People*
Booklet Version     -- Full Page Version

Estatuto para la protección de niños y jóvenes

© 2014 United States Conference of Catholic Bishops