# EXHIBIT

# A

**DEFENDANT UNITED STATES CONFERENCE OF CATHOLIC BISHOPS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT UNITED STATES CONFERENCE OF CATHOLIC BISHOPS' MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(2)**

{00264536}

**Cameron R. Getto**

**From:** Brooke Tucker <btucker@aclumich.org>
**Sent:** Tuesday, February 11, 2014 5:03 PM
**To:** Cameron R. Getto
**Subject:** RE: Means v. USCCB et al

Cameron:

This is not a problem at all. We would be amenable to the following briefing schedule:

USCCB's response due on **February 21, 2014**
Plaintiff's response to both the original motion to transfer venue by the individual defendants and USCCB's response due on **March 7, 2014**
Reply by the individual defendants due on **March 21, 2014.**

Hearing date remains set for **April 2, 2014.**

If this timeframe works for you, I will propose it to Mr. Van Dusen or Mr. Levasseur.

Best,
Brooke

---

**From:** Cameron R. Getto [mailto:CGetto@zkac.com]
**Sent:** Tuesday, February 11, 2014 3:50 PM
**To:** Brooke Tucker
**Subject:** Means v. USCCB et al

Brooke:

Mike Steinberg said you would be doing the day to day handling of this file. Long story, but I appeared after the motion to change venue was filed, so I got it a bit late. I did get the heads up of course when the notice of hearing came, and Tom Van Dusen did email me a copy. I am trying to finish up my response, but I am having trouble getting an affidavit signed, notarized and returned on short notice, in part because DC is apparently facing a significant snowstorm tomorrow, which I am told, is much more paralyzing for them than for us. They are preparing to close offices early tomorrow and possibly Thursday.

At any rate, I called the court to ask if it would entertain a stipulated extension of one week to answer the motion. The court said if we all agreed, it would enter a stip and would not change the hearing date. I propose the following stip:

> It is hereby stipulated by and between the parties that Plaintiff and co-Defendant, United States Conference of Catholic Bishops, are granted a one-week extension to respond to Defendants' Motion to Change Venue. The new due date for response briefs shall be February 21, 2014. The hearing set for April 2, 2014 at 3:00 P.M. is not affected by this extension.

Please let me know if I may sign your name. Mr. Van Dusen has already consented. I appreciate your consideration. Pls call if you have any questions or concerns.

1

**Cameron R. Getto**
CGetto@zkac.com

# Z|K|A|C

Zausmer, Kaufman, August & Caldwell, P.C.

31700 Middlebelt Road, Suite 150
Farmington Hills, MI 48334
**Phone: 248.851.4111**
Fax: 248.851.0100

Please be advised that this email and any files transmitted within it are confidential attorney-client communication or may otherwise be privileged or confidential and are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or transmit this communication, but destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited.