UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMESHA MEANS,

    Plaintiff,

v.

File No. 1:15-CV-353

Hon. ROBERT HOLMES BELL

UNITED STATES CONFERENCE OF
CATHOLIC BISHOPS, et al.,

    Defendants.
_____/

### O R D E R

In accordance with the Opinion entered this date,

**IT IS HEREBY ORDERED** that Defendant United States Conference of Catholic Bishop's motion to dismiss for lack of personal jurisdiction (ECF No. 39) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Urban, Ladenburger, and Mollison's motion to dismiss for failure to state a claim (ECF No. 42) is **GRANTED.**

Dated: June 30, 2015        /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     UNITED STATES DISTRICT JUDGE